IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASCADES BRANDING INNOVATION LLC<br><br>      Plaintiff,<br><br>   vs.<br><br>WALGREEN CO., BEST BUY CO., INC., EXXON MOBIL CORPORATION, TARGET CORPORATION, and LIMITED BRANDS, INC.<br><br>      Defendants. | Civil Action No. 11-CV-2519<br><br>**JURY TRIAL DEMANDED**<br><br>Judge Harry D. Leinenweber |

## STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS

Cascades Branding Innovation, LLC hereby stipulates that it consents to any served party filing its responsive pleading to the Complaint by September 7, 2011 (about a 30-day extension).

Dated: August 5, 2011

                                              Cascades Branding Innovations LLC

                                              By: /s/ Robert P. Greenspoon_____

                                              Robert P. Greenspoon
                                              Michael R. La Porte
                                              FLACHSBART & GREENSPOON, LLC
                                              333 North Michigan Avenue, Ste 2700
                                              Chicago, IL  60601
                                              T:  312-551-9500
                                              F:  312-551-9501

                                              **Attorneys for Plaintiff**
                                              **Cascades Branding Innovation LLC**