**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| CASCADES BRANDING INNOVATION LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WALGREEN CO.,<br><br>    Defendant. | Civil Action No. 11-CV-2519<br><br>**JURY TRIAL DEMANDED**<br><br>Judge: Hon. Harry D. Leinenweber<br><br>Magistrate Judge: Hon. Young B. Kim |

## RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Cascades Branding Innovation hereby voluntarily dismisses this action, with prejudice, with respect to Walgreen Co. under Fed. R. Civ. P. 41(a)(1)(A)(i).

Plaintiff respectfully submits that it believes no court order is required to effect this dismissal.

Dated: August 8, 2011          Respectfully submitted,

/s/ Robert P. Greenspoon
Robert P. Greenspoon
rpg@fg-law.com
**Flachsbart & Greenspoon, LLC**
333 N. Michigan Ave., 27th Floor
Chicago, IL 60601
Ph: 312-551-9500
Fax: 312-551-9501

ATTORNEYS FOR PLAINTIFF,
Cascades Branding Innovation LLC