# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 2519 | **DATE** | 8/11/2011 |
| **CASE TITLE** | Cascades Branding Innovation LLC vs. Walgreen Co., et al | | |

**DOCKET ENTRY TEXT**

The Court's minute entry dated 8/11/2011 [22] having been entered in error is vacated. Cause ordered reinstated. Plaintiff voluntarily dismiss defendant Walgreen Co., only.

Docketing to mail notices.

| | Courtroom Deputy Initials: | WAP |
|---|---|---|