Exhibit A

# Flachsbart & Greenspoon, LLC

· 333 N. Michigan Ave. 27ᵗʰ Floor · Chicago, IL 60601-3901 ·
· Tel 312-551-9500 · Fax 312-551-9501 · www.fg-law.com ·

April 14, 2011

Mr. Joseph M. Joyce
Senior Vice President and General Counsel
Best Buy Co., Inc.
7601 Penn Avenue South
Richfield, MN 55423

**Re:    Infringement of U.S. Patent No. 7,768,395 and License Offer**

Dear Mr. Joseph M. Joyce:

We represent Cascades Branding Innovation LLC, holder of all substantial rights in a portfolio of intellectual property directed to "BRAND MAPPING." Cascades has the exclusive right to license the portfolio. The portfolio includes United States Patent Number 7,768,395, as well as pending continuation applications, such as that corresponding to United States Published Application Number 2010/0302027 (copies enclosed). We write to inform you of Best Buy Co., Inc.'s infringement of the '395 patent and the provisional rights in the '027 publication, and to make a firm license offer, which Cascades is extending until May 5, 2011. We believe that this license offer is a good value for Best Buy Co., Inc., in light of the value being received by your practice of the patented invention, and since it is far less than a "reasonable royalty" that would be awarded at the conclusion of any patent infringement trial. Cascades has filed a patent infringement lawsuit (Case No. 11-C-2519, N.D. Ill.), and would like to avoid the need to do so again.

By way of background, inventor Steven K. Gold is a medical doctor by degree, who attended medical school to pursue his dream of inventing medical device technologies, as shown by his first two issued patents. This career choice led Dr. Gold to become an entrepreneur who started companies in the life sciences and other fields. Dr. Gold now teaches entrepreneurship at the college and graduate levels.

By January 2007, before there was even an iPhone available for sale, Dr. Gold had made several key intuitive leaps about how he might improve the capabilities and uses of such a device. Dr. Gold invented features that have since become popular in a wide range of applications. On January 19, 2007, he filed a provisional patent application covering these features – what the issued patent calls "brand mapping." Apple released the iPhone on June 29, 2007, after Dr. Gold had already filed the non-provisional patent application that matured into the '395 patent. It was not until March 2008 that Apple released its Software Development Kit beta, and July 2008 when Apple released a version of the iPhone that used WPS location technology licensed from Skyhook Wireless. In August 2010, the United States Patent and Trademark Office issued the '395 patent. The continuation has further claims still pending.

Mr. Joseph M. Joyce
April 14, 2011
Page 2 of 2

Brand mapping empowers a retailer or other information supplier to let a mobile device user select a brand image and then view the locations where products or services of the selected brand are available for purchase, for example, without the user having to manually enter a device location. The consumer's device generates a map that shows the consumer where a selected brand may be found in relation to his or her current location. Best Buy Co., Inc. has used this feature in its Best Buy app, particularly its store locator function on various smart phones like the iPhone or various Android models. We have enclosed detailed infringement claim charts which demonstrate that there is no doubt that Best Buy Co., Inc. is infringing Cascades' patent rights.

After considering the value of the use of the brand mapping inventions, and the adverse effects of having to remove it from use, Cascades has come up with a tiered royalty schedule that is based on the gross revenues of your company and that is a significant discount over the royalty rate to which Cascades believes it would otherwise be entitled. The schedule is for a five-year license, based on the company's gross revenues for its most recent fiscal year:

| Company Revenue | License Fee |
|---|---|
| Up to $10M revenue | $20,000 |
| $10M to $100M revenue | $50,000 |
| $100M to $300M revenue | $100,000 |
| $300M and above revenue | $250,000 |

As you know, Best Buy Co., Inc. fits in the $250,000 tier.

In making this business offer, Cascades does not ask Best Buy Co., Inc. to cease and desist its conduct, as long as discussions are moving forward to a resolution of the infringement issues. To that end we need a favorable response by May 5, 2011. We are confident that we can conclude terms in a way that is satisfactory to both parties, and that avoids any need for court involvement. Please note, however, that Cascades will not keep this offer open indefinitely and reserves the right to revoke or modify the offer at any time before it is accepted.

Thank you for your attention to this matter. I am available to address any questions in the meantime.

Yours very truly,

Robert P. Greenspoon, Esq.

Enclosures

| U.S. Patent 7,768,395 | Best Buy iPhone App | |
|---|---|---|
| **Claim 1** | | |
| A method comprising: (A) displaying, using a device, a first image associated with a first brand; | The Best Buy app downloads to an iPhone.  It causes display of a Best Buy logo (the "first image") on the home touchscreen: | Image associated With brand  |

| U.S. Patent 7,768,395 | Best Buy iPhone App | |
|---|---|---|
| (B) receiving, from a user of the device, an indication of a selection by the user of the first image; | The user touches the logo, thereby allowing the iPhone loaded with the app to receive from the user an indication of a selection of the first image: |  |

| U.S. Patent 7,768,395 | Best Buy iPhone App | |
|---|---|---|
| (C) identifying a first location of the device independently of any location-specifying input provided by the user to the device; | The iPhone loaded with the app identifies where the iPhone is without the user having given location information:<br><br>Identifying location of device (center dot in range-circle) |  |

| U.S. Patent 7,768,395 | Best Buy iPhone App | |
|---|---|---|
| (D) identifying a first brand access site at which a first branded entity having the first brand is accessible; and | The iPhone loaded with the app identifies where a "branded entity" (*e.g.*, electronics products) under the Best Buy brand may be accessed: | Identifying brand access site  |

| U.S. Patent 7,768,395 | Best Buy iPhone App | |
|---|---|---|
| (E) providing to the user, using the device, a first map image which describes a first geographic area derived from the first location of the device and which includes a first indication of the first brand access site, wherein the first indication of the first brand access site comprises a second image associated with the first brand, located at a position in the first map image corresponding to the first brand access site. | The iPhone loaded with the app creates a map image as indicated, and provides it to the user; *i.e.,* a "first geographic area" is one surrounding where the device is located, and at least one (*i.e.,* a "first") Best Buy location is shown in relative proximity on the map.  The location of the Best Buy is indicated with a pin, a "second image" associated with the Best Buy brand, and located on the map where the store is: | Geographic area derived from location<br><br>Second image associated with brand  |

| U.S. Patent 7,768,395 | Best Buy iPhone App | |
|---|---|---|
| **Claim 7** | | |
| The method of claim 1, wherein the first image comprises a logo associated with the first brand. | The launching icon on the iPhone homepage is a Best Buy logo: | Image associated with brand  |

| U.S. Patent 7,768,395 | Best Buy iPhone App | |
|---|---|---|
| **Claim 10** | | |
| The method of claim 1, further comprising: (F) receiving, from the user, input selecting the first brand access site; and | A user may select the pin corresponding to a specific brand access site: | Input selecting brand access site  |

| U.S. Patent 7,768,395 | Best Buy iPhone App | |
|---|---|---|
| (G) performing a method based on the input. | When the user selects the pin, further steps (*i.e.*, a method) are performed (in this example, the store title and distance is shown): |  Performing method |

| U.S. Patent 7,768,395 | Best Buy iPhone App | |
|---|---|---|
| **Claim 17** | | |
| The method of claim 1, wherein the first image comprises an illustration associated with the first brand. | The launching icon on the iPhone homepage is an illustration of the Best Buy logo. | Illustration associated with brand  |

| U.S. Patent 7,768,395 | Best Buy iPhone App | |
|---|---|---|
| **Claim 18** | | |
| The method of claim 1, wherein the first branded entity comprises a product. | The Best Buy app helps users find Best Buy electronics, a product. | Branded entity comprises a product  |

| U.S. Patent 7,768,395 | Best Buy iPhone App | |
|---|---|---|
| **Claim 19** | | |
| The method of claim 1, wherein the first branded entity comprises a service. | The Best Buy app helps users find Best Buy sites, which supply services as well as products (*e.g.*, computer repair and retail). | Branded entity comprises a service  |

| U.S. Patent 7,768,395 | Best Buy iPhone App | |
|---|---|---|
| **Claim 23** | | |
| The method of claim 1, wherein the first brand access site comprises a parcel of real property. | The sites indicated by the Best Buy app are at real property locations. | Brand access site comprises parcel of real property  |

| U.S. Patent 7,768,395 | Best Buy iPhone App |
|---|---|
| **Claim 24** | |
| The method of claim 1, wherein the first brand access site comprises a geographic location. | The sites indicated by the Best Buy app are at geographic locations. <br><br> Brand access site comprises a geographic location  |

| U.S. Patent 7,768,395 | Best Buy iPhone App | |
|---|---|---|
| **Claim 25** | | |
| The method of claim 1, wherein the first brand access site comprises a retail store. | Best Buy sites are retail stores. |  Brand access site comprises a retail store |

| U.S. Patent 7,768,395 | Best Buy iPhone App | |
|---|---|---|
| **Claim 27** | | |
| The method of claim 1, wherein the first map image comprises a two-dimensional graphical map. | The iPhone loaded with the Best Buy app shows a two dimensional graphical map: | Two-dimensional graphical map  |

| U.S. Patent 7,768,395 | Best Buy iPhone App | |
|---|---|---|
| **Claim 35** | | |
| The method of claim 1, wherein (E) comprises providing to the user a first map image which describes a first geographic area overlapping with the first location of the device. | The iPhone loaded with the Best Buy app shows a map area that overlaps the device's location, such that the device is indicated as present within the frame of the map: | Geographic area overlapping with location of the device (center dot in range-circle)  |

| U.S. Patent 7,768,395 | Best Buy Sprint Epic Android phone App | |
|---|---|---|
| **Claim 1** | | |
| A method comprising: (A) displaying, using a device, a first image associated with a first brand; | The Best Buy app downloads to a Sprint Epic Android phone.  It causes display of a Best Buy logo (the "first image") on the home touchscreen: | Image associated With brand  |

| U.S. Patent 7,768,395 | Best Buy Sprint Epic Android phone App | |
|---|---|---|
| (B) receiving, from a user of the device, an indication of a selection by the user of the first image; | The user touches the logo, thereby allowing the Sprint Epic Android phone loaded with the app to receive from the user an indication of a selection of the first image: |  |

| U.S. Patent 7,768,395 | Best Buy Sprint Epic Android phone App | |
|---|---|---|
| (C) identifying a first location of the device independently of any location-specifying input provided by the user to the device; | The Sprint Epic Android phone loaded with the app identifies where the Sprint Epic Android phone is without the user having given location information: | Identifying location of device (light blue dot)  |

| U.S. Patent 7,768,395 | Best Buy Sprint Epic Android phone App | |
|---|---|---|
| (D) identifying a first brand access site at which a first branded entity having the first brand is accessible; and | The Sprint Epic Android phone loaded with the app identifies where a "branded entity" (*e.g.*, electronics products) under the Best Buy brand may be accessed: | Identifying brand access site  |

| U.S. Patent 7,768,395 | Best Buy Sprint Epic Android phone App | |
|---|---|---|
| (E) providing to the user, using the device, a first map image which describes a first geographic area derived from the first location of the device and which includes a first indication of the first brand access site, wherein the first indication of the first brand access site comprises a second image associated with the first brand, located at a position in the first map image corresponding to the first brand access site. | The Sprint Epic Android phone loaded with the app creates a map image as indicated, and provides it to the user; *i.e.,* a "first geographic area" is one surrounding where the device is located, and at least one (*i.e.,* a "first") Best Buy location is shown in relative proximity on the map.  The location of the Best Buy is indicated with a pin, a "second image" associated with the Best Buy brand, and located on the map where the store is: | Geographic area derived from location

Second image associated with brand

 |

| U.S. Patent 7,768,395 | Best Buy Sprint Epic Android phone App |
|---|---|
| **Claim 3** | |
| The method of claim 1, wherein (E) comprises providing to the user a first map which describes a first geographic area overlapping with the first location of the device and which indicates a plurality of brand access site associated images representing a plurality of brand access sites at which the first branded entity is accessible. | Where appropriate, multiple nearby Best Buy access sites are shown on the map, as claimed:  |

| U.S. Patent 7,768,395 | Best Buy Sprint Epic Android phone App | |
|---|---|---|
| **Claim 4** | | |
| The method of claim 1, wherein (E) comprises: (E) (1) identifying a plurality of brand access sites, each of which is associated with at least the first brand; | The Sprint Epic Android phone loaded with the app identifies a plurality of Best Buy access sites (*e.g.*, both zoomed in and zoomed out on the map around the device's location): | Plurality of brand access sites  |

| U.S. Patent 7,768,395 | | Best Buy Sprint Epic Android phone App |
|---|---|---|
| | |  |

Plurality of brand access sites

| U.S. Patent 7,768,395 | Best Buy Sprint Epic Android phone App | |
|---|---|---|
| (E) (2) identifying a subset of the plurality of brand access sites, wherein each member of the subset is associated with the first brand; and | The Sprint Epic Android phone loaded with the app identifies a subset of the plurality indicated above (*e.g.*, the zoomed-in subset of sites): |  |

Subset of plurality of brand access sites

| U.S. Patent 7,768,395 | Best Buy Sprint Epic Android phone App | |
|---|---|---|
| (E) (3) providing to the user a first map image which includes, for each brand access site that is a member of the subset, an indication of a brand access site. | The Sprint Epic Android phone loaded with the app displays a map image that includes indications of the locations of the subset-sites (*e.g.*, when zoomed-in): |  |

| U.S. Patent 7,768,395 | | Best Buy Sprint Epic Android phone App |
|---|---|---|
| | | Subset of brand access sites  |

| U.S. Patent 7,768,395 | Best Buy Sprint Epic Android phone App |
|---|---|
| **Claim 7** | |
| The method of claim 1, wherein the first image comprises a logo associated with the first brand. | The launching icon on the Sprint Epic Android phone homepage is a Best Buy logo: <br><br> Image associated with brand  |

| U.S. Patent 7,768,395 | Best Buy Sprint Epic Android phone App | |
|---|---|---|
| **Claim 10** | | |
| The method of claim 1, further comprising: (F) receiving, from the user, input selecting the first brand access site; and | A user may select the pin corresponding to a specific brand access site: | Input selecting brand access site  |

| U.S. Patent 7,768,395 | Best Buy Sprint Epic Android phone App |
|---|---|
| (G) performing a method based on the input. | When the user selects the pin, further steps (*i.e.*, a method) are performed (in this example, an address is shown):  Performing method |

| U.S. Patent 7,768,395 | Best Buy Sprint Epic Android phone App | |
|---|---|---|
| **Claim 17** | | |
| The method of claim 1, wherein the first image comprises an illustration associated with the first brand. | The launching icon on the Sprint Epic Android phone homepage is an illustration of the Best Buy logo. | Illustration associated with brand  |

| U.S. Patent 7,768,395 | Best Buy Sprint Epic Android phone App | |
|---|---|---|
| **Claim 18** | | |
| The method of claim 1, wherein the first branded entity comprises a product. | The Best Buy app helps users find Best Buy electronics, a product. | Branded entity comprises a product  |

| U.S. Patent 7,768,395 | Best Buy Sprint Epic Android phone App | |
|---|---|---|
| **Claim 19** | | |
| The method of claim 1, wherein the first branded entity comprises a service. | The Best Buy app helps users find Best Buy sites, which supply services as well as products (*e.g.*, computer repair and retail). | Branded entity comprises a service  |

| U.S. Patent 7,768,395 | Best Buy Sprint Epic Android phone App | |
|---|---|---|
| **Claim 23** | | |
| The method of claim 1, wherein the first brand access site comprises a parcel of real property. | The sites indicated by the Best Buy app are at real property locations. | Brand access site comprises parcel of real property  |

| U.S. Patent 7,768,395 | Best Buy Sprint Epic Android phone App | |
|---|---|---|
| **Claim 24** | | |
| The method of claim 1, wherein the first brand access site comprises a geographic location. | The sites indicated by the Best Buy app are at geographic locations. | Brand access site comprises a geographic location  |

| U.S. Patent 7,768,395 | Best Buy Sprint Epic Android phone App | |
|---|---|---|
| **Claim 25** | | |
| The method of claim 1, wherein the first brand access site comprises a retail store. | Best Buy sites are retail stores. |  Brand access site comprises a retail store |

| U.S. Patent 7,768,395 | Best Buy Sprint Epic Android phone App | |
|---|---|---|
| **Claim 27** | | |
| The method of claim 1, wherein the first map image comprises a two-dimensional graphical map. | The Sprint Epic Android phone loaded with the Best Buy app shows a two dimensional graphical map: | Two-dimensional graphical map  |

| U.S. Patent 7,768,395 | Best Buy Sprint Epic Android phone App | |
|---|---|---|
| **Claim 35** | | |
| The method of claim 1, wherein (E) comprises providing to the user a first map image which describes a first geographic area overlapping with the first location of the device. | The Sprint Epic Android phone loaded with the Best Buy app shows a map area that overlaps the device's location, such that the device is indicated as present within the frame of the map: | Geographic area overlapping with location of the device (light blue dot)  |



US007768395B2

(12) **United States Patent**

Gold

(10) Patent No.: **US 7,768,395 B2**

(45) Date of Patent: **Aug. 3, 2010**

(54) **BRAND MAPPING**

(76) Inventor: **Steven K. Gold**, 69 Fifer La., Lexington, MA (US) 02420

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 697 days.

(21) Appl. No.: **11/758,392**

(22) Filed: **Jun. 5, 2007**

(65) **Prior Publication Data**

US 2007/0257792 A1    Nov. 8, 2007

**Related U.S. Application Data**

(60) Provisional application No. 60/885,773, filed on Jan. 19, 2007.

(51) **Int. Cl.**
**G08B 1/00** (2006.01)

(52) **U.S. Cl.** .................................. **340/539.2**

(58) **Field of Classification Search** ............ 340/539.2, 340/995.1, 691.6; 705/14.49

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,627,549 | A | * | 5/1997 | Park | ............................ 701/300 |
| 6,128,571 | A | | 10/2000 | Ito | |
| 6,138,072 | A | | 10/2000 | Nagai | |
| 6,157,814 | A | | 12/2000 | Hymel | |
| 6,360,167 | B1 | * | 3/2002 | Millington et al. | .......... 701/211 |
| 6,493,630 | B2 | | 12/2002 | Ruiz | |
| 6,816,778 | B2 | | 11/2004 | Diaz | |
| 6,920,328 | B2 | | 7/2005 | Wollrab | |
| 7,089,110 | B2 | | 8/2006 | Pechatnikov | |
| 7,089,264 | B1 | * | 8/2006 | Guido et al. | ........................ 1/1 |
| 7,142,205 | B2 | | 11/2006 | Chithambaram | |
| 7,174,303 | B2 | | 2/2007 | Glazer | |
| 7,450,003 | B2 | * | 11/2008 | Weber et al. | ............. 340/539.2 |
| 2002/0023010 | A1 | * | 2/2002 | Rittmaster et al. | ............ 705/26 |

| | | | | | |
|---|---|---|---|---|---|
| 2002/0032035 | A1 | * | 3/2002 | Teshima | ..................... 455/456 |
| 2004/0021584 | A1 | | 2/2004 | Hartz | |
| 2005/0050027 | A1 | | 3/2005 | Yeh | |
| 2006/0064348 | A1 | | 3/2006 | Li | |
| 2006/0085392 | A1 | | 4/2006 | Wang | |
| 2006/0241859 | A1 | | 10/2006 | Kimchi | |
| 2006/0286989 | A1 | * | 12/2006 | Illion | ..................... 455/456.3 |
| 2008/0015983 | A1 | | 1/2008 | Spikes | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2001337959 A | 12/2001 |
| WO | 01/28270 A1 | 4/2001 |
| WO | 0128270 A1 | 4/2001 |
| WO | 02/067083 A2 | 8/2002 |

OTHER PUBLICATIONS

NetVisualize web page, http://www.netvisualize.com, accessed on Jan. 29, 2007.

(Continued)

*Primary Examiner*—Phung Nguyen

(74) *Attorney, Agent, or Firm*—Robert Plotkin, P.C.

(57) **ABSTRACT**

A user uses a portable electronic device to select an image representative of a brand. In response to the user's selection of the image representative of the brand, the device automatically presents the user with an image of a map that indicates a current location of the device and shows one or more images representative of brand purchase sites where the selected brand may be accessed by the user.

**62 Claims, 4 Drawing Sheets**



**US 7,768,395 B2**

Page 2

### OTHER PUBLICATIONS

Zvents blog, http://web.archive.org/web/20051013081052/blog.zvents.com/, Oct. 9, 2005.

Zvents blog, http://web.archive.org/web/20051013081052/http://blog.zvents.com/articles/2005/10/01/google-map-view-search-results, Oct. 1, 2005.

Zvents blog, http://www.zvents.com/welcome/search_results_map, Oct. 5, 2005.

Mapdango, http://www.mapdango.com/, accessed on Feb. 23, 2009.

Plazes, http://www.plazes.com/, accessed on Feb. 23, 2009.

Whrrl, http://www.whrrl.com/, accessed on Feb. 23, 2009.

Community Walk, http://www.communitywalk.com/, accessed on Feb. 23, 2009.

Trulia, http://www.trulia.com/, accessed on Feb. 23, 2009.

Where.com web site, http://www.where.com, visited on Apr. 27, 2009.

Where.com media kit, http://www.where.com/jin/welcome.jin, 2008.

Krillion.com web site, visited on Feb. 28, 2007.

GlobExplorer web site, visited on Jan. 29, 2007.

Wists Beta web site, visited on Jan. 29, 2007.

Smart Visual Bookmark Manager web site, visited on Jan. 29, 2007.

A-Z Maps web site, visited on Jan. 29, 2007.

Telenav web site, visited on Jan. 29, 2007.

Garmin Map & Chart Products web site, visited on Jan. 29, 2007.

OpenStreetMap.org web site, visited on Jan. 29, 2007.

Rand McNally Maps, Driving Directions, and Travel Store web site, visited on Jan. 25, 2007.

TeleAtlas web site, visited on Jan. 25, 2007.

Navteq web site, visited on Jan. 25, 2007.

Microsoft MapPoint web site, visited on Jan. 25, 2007.

MapQuest web site, visited on Jan. 25, 2007.

Google Mobile web site, visited on Jan. 25, 2007.

Google Maps web site, visited on Jan. 25, 2007.

Yahoo Maps web site, visited on Jan. 25, 2007.

* cited by examiner



FIG. 1B

FIG. 1C

FIG. 1A



FIG. 2A



FIG. 2B



FIG. 3

US 7,768,395 B2

## BRAND MAPPING

### CROSS REFERENCE TO RELATED APPLICATIONS

This application claims priority from U.S. Provisional Patent Application Ser. No. 60/885,773, filed on Jan. 19, 2007, entitled "Consumer Brand Links," which is hereby incorporated by reference.

### BACKGROUND

Various conventional computer-based systems exist for displaying maps to users. Such systems generally work in one of three ways:

1. A user actively specifies (inputs) location-identifying information, such as an address or zip code, in response to which the system generates and presents a map of the user-specified location. Subsequently, the user might also be able to specify a business name or category, in response to which the system may display the location (s) of the specified business name or type on the map. In general, such systems are unable to determine a location of the device independent of user input specifying a location or location-related information, and therefore require a user to specify a location. While some such systems may store previously entered location identifying information specified by a user, these systems would not be aware if a device changed location without further information from the user. In the case of a system that requires a user to specify a location or location-related information (meaning that the system is not independently aware of the user's location), the map is static and does not automatically update with movement of the device, although map centering and scale may be alterable by a user of such a system.

2. A system automatically identifies a location of a device, and generates a map based on the location of the device. In this case, the user may specify a business name or type, in response to which the system may display the location(s) of the specified business name or type on the map. Although the map position may be updated in this case based on the location of the device, the sequence of map selection followed by selection and then presentation of a business type or name remain the same as in the first type of system described.

3. A user specifies a business name or type, in response to which the system displays the location(s) of the specified business name or type on a map. Although in some instances a user may be prompted for location-identifying information to more closely determine the user's location, for example, such as a city name or zip code, this makes use of the methodology described with respect to the first type of system above.

The prior art, in general, enables a user to provide an address, business name, or business type, resulting in the identification of one or more real property locations corresponding to the provided address, business name, or business type.

Users continually seek new and improved ways to find and view geographic information more quickly and easily. What is needed, therefore, are improved techniques for enabling users to find and view such information.

### SUMMARY

In one embodiment of the invention, a user of a portable electronic device uses the device to select an image identify-

ing a brand. In response to the user's selection of the image identifying the brand, the device automatically presents the user with an image of a map that indicates a current location of the device and shows one or more images representative of brand access sites where products and/or services of the selected brand may be accessed (e.g., purchased) by the user. For example, if the user selects a logo for a particular brand of soft drink product, the device may present the user with an image of a map that has been automatically centered about the current location of the user and that shows shops, restaurants, vending machines, etc. where soft drink products having the selected brand may be accessed (e.g., purchased). Products and services having a particular brand may be available for purchase at multiple brand access sites that sell a wide range of different brands of products and services, or brand access sites that sell a single brand of product or service, or both. Furthermore, a brand access site does not need to be located at a real property address, meaning that the location of the brand access site could be a vending machine, for example, or another location that does not have a real property address, or an address that is generally known.

For example, one embodiment of the present invention is a method comprising: (A) displaying, using a device, a first image associated with a first brand (such as a photograph or illustration associated with the first brand); (B) receiving, from a user of the device, an indication of a selection by the user of the first image (such as a single mouse click on the first image); (C) identifying a first location of the device independently of any location-specifying input provided by the user to the device (such as by using GPS or an RFID system); (D) identifying a first brand access site at which a first branded entity (e.g., a product or service) having the first brand may be accessed; and (E) providing to the user, using the device, a first map image which describes a first geographic area derived from the first location of the device and which includes a first indication of the first brand access site.

For the user to select the first image, a plurality of images (e.g., logos) associated with a plurality of brands may be displayed to the user. The user may select a particular one of the plurality of images. The method may provide the user with a first map image which describes a first geographic area derived from the first location of the device and which indicates a first physical location of a first brand purchase site at which the first branded entity may be purchased. The first map may indicate a plurality of brand access site associated images representing a plurality of brand access sites at which the first branded entity may be accessed.

The method may provide the first map image to the user by: (D)(1) identifying a plurality of brand access sites, each of which is associated with at least the first brand; (D)(2) identifying a subset of the plurality of brand access sites (such as those brand access sites within a geographic area described by the first map), wherein each member of the subset is associated with the first brand; and (D)(3) providing to the user a first map image which includes, for each brand access site that is a member of the subset, an indication of a brand access site.

The user may select the first brand access site, and the method may perform additional steps based on the user's selection. For example, the method may dial a telephone number of the first brand access site, present to the user a web site associated with the first brand, or provide the user with directions to the first brand access site.

The method may update the first map image over time. For example, the method may: (E) identify a second brand location independently of any location-specifying input provided by the user to the device; and (F) in response to identifying the

US 7,768,395 B2

3

second device location, provide to the user, using the device, a second map which describes a second geographic area overlapping with a location in proximity to the second device location and which includes a second indication of a second brand access site at which the first brand is accessible.

Other features and advantages of various aspects and embodiments of the present invention will become apparent from the following description and from the claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1A** illustrates a device for receiving user input and displaying a map image in response to such input according to one embodiment of the present invention;

FIG. **1B** illustrates a graphical user interface for receiving user input specifying a brand according to one embodiment of the present invention;

FIG. **1C** illustrates a map displayed by the device of FIG. **1A** and including indications of physical locations of brand access sites at which products or services having the brand specified by the user may be accessed (e.g., purchased);

FIG. **2A** is a schematic diagram of a first state of a system implemented according to one embodiment of the invention, prior to or during user inputs being communicated to a processor;

FIG. **2B** is a schematic diagram of a second state of the system of FIG. **2A**, after display of a map image; and

FIG. **3** is a flowchart of a method performed according to one embodiment of the present invention.

## DETAILED DESCRIPTION

Embodiments of the present invention are directed to a device that enables a user to view one or more brand identifying images, such as one or more logos, on a display, and to select a particular brand identifying image using input means to thereby enable the presentation of a map image indicating a current location of the device and showing the locations of any one or more brand access sites for the selected brand that are located in proximity to the user (i.e., within the geographic area presented on the map). The system benefits users, for example, by facilitating the location and purchase of brands of products and services selected by the user by automatically directing (i.e., independently of location-specifying information provided by the user) the user to a nearby location where the selected brand of products or services may be available for purchase.

A "brand" is defined as a distinctive identity of a collection of related products or services. A "branded entity" of a particular brand is defined as a product or service having the particular brand. For example, a bottle of a Coca-Cola brand soft drink is an example of a "branded entity" of the Coca-Cola brand of soft drinks. A "brand access site" for a particular brand is defined as a location at which one or more branded entities of the particular brand may be accessed.

In general, as used herein, branded entities of a brand may be accessed (e.g., purchased) by a consumer at one or more brand access sites. In some instances, for example, a brand of products is marketed or sold under a common trademark. In other instances, for example, a brand of services is marketed or sold under a common servicemark. One example of a brand of products is the Coca-Cola brand of beverages. Another example of a brand of products is the iPod brand of consumer electronics. Yet another example of a brand of services is the Jiffy Lube brand of oil change services. Yet another example of a brand of services is the H&R Block brand of tax preparation services.

4

Referring to FIGS. **2A-2B**, an embodiment of the present invention is shown in which a brand **1a** is accessible at multiple brand access sites **2a-b**. Each of brand access sites **2a-b** may be, for example, a real property location (e.g., a structure having an address) such as a store, shop, market, office, restaurant, service station, movie theater, event venue, etc. In addition, each of brand access sites **2** may be an alternative type of location, such as a free-standing vending machine, kiosk, mobile sales unit, or other location where products or services of brand **1a** may be accessed (e.g., purchased), irrespective of whether or not the location is associated with a real property address.

As an example, if brand **1a** is associated with Coke-branded beverage products (comprised of such beverages as regular Coke, Diet Coke, Cherry Coke, etc.), such products may be accessed (e.g., purchased) at thousands of brand access sites, including but not limited to stores, markets, restaurants, vending machines, event venues, etc. Brand access site **2** locations where products or services of brand **1a** are accessible may remain stable (i.e., fixed in number), or may change over time, with a change in inventory levels or distribution, for example. For example, Product "Y" may be sold in 1,000 brand access sites today, and due to large demand, may only be available for purchase in 900 brand access sites tomorrow (meaning, for example, that 100 of the brand access sites have stocked out). As another example, Product "Z" may be sold in 100 brand access sites today, and 200 brand access sites a year from today.

Referring to FIG. **1A**, a device **10** according to one embodiment of the invention is shown. The device **10** has a display **20**, an input means **30**, and an application launch means **11**.

Device **10** may, for example, be a mobile phone, a wireless communications device, a personal digital assistant (PDA), computer, laptop computer, other computing device, global positioning system (GPS) unit, or other navigation device. In general, device **10** may be any system or device that enables a user **80** to input a selection of a brand (by means of selection of a brand identifying image) and view a map image indicating a device location and showing the location(s) where products or services of the selected brand are accessible. The example device **10** shown in FIG. **1A** is multifunctional, including functions that relate to communication, personal organization, etc.

In one embodiment, display **20** is an electronic display (output means) of a type commonly found on mobile phones or similar small portable computing or communication devices. In another embodiment, display **20** is an electronic monitor or screen of the type commonly found on laptop computers. In other embodiments, display **20** may be any element or mechanism that communicates information to user **80**. Display **20** may be small or large, active or passive, high resolution or low resolution, color or monochrome, and may generally employ any type of display technology. Display **20** may be any of a wide range of dimensions, from a small size that is usable on a small mobile phone, to a size that is more commonly found on a laptop computer, and larger. For example, display **20** may be a 5 centimeter high by 5 centimeter wide touch-screen display that serves as both a display **20** and input means **30**. An example of an integrated display **20** and input means **30** is shown in FIG. **1A**.

In one embodiment, input means **30** is a touch-sensitive display that enables user **80** to view information on display **20**, and then to select an element of the information that is presented by touching the screen with a finger or other pointing or touching means. In such an embodiment, input means **30** and display **20** may be integrated into a single device. In another embodiment, input means **30** is a mechanical keypad.

US 7,768,395 B2

5

6

In other embodiments, input means 30 may be any other mechanism that enables user 80 to communicate information to the device 10. Other input means 30 may be mechanical or electronic, and may involve physical or other interactive processes between user 80 and the input means 30. For example, voice commands and thought commands are two possible alternative ways of communicating with input means 30.

In one embodiment, application launch means 11 is a virtual or physical button that starts, launches, or brings into view an embodiment of the invention on device 10. Other launch means are possible, and one possible embodiment excludes application launch means 11 altogether. FIG. 1A shows an icon as one possible embodiment of application launch means 11.

In one embodiment, as shown in FIG. 1B, display 20 may show an arrangement of one or more brand identifying images 21, such as an arrangement or one or more logos. In the particular embodiment shown in FIG. 1B, brand identifying images 21 are arranged in two categories, with brand identifying images 21a-d being shown as "favorites," and brand identifying images 21e-h being shown as "popular". Each brand identifying image, 21a for example, is a graphic such as a logo, picture, illustration, photograph, or any other image that identifies a particular brand. For example, brand identifying image 21a is an image of a logo for Apple Inc. and may represent one or more Apple brands such as Apple computers, iPod music players, iTV systems, and more (as an alternative that is not shown, an image of an iPod may be used to identify the iPod brand of products). As another example, brand identifying image 21b is an image of a logo for Starbucks Corporation and may represent Starbucks coffee and other Starbucks products or services, for example.

In an embodiment of the invention, brand identifying images 21 are searchable. In another embodiment of the invention, brand identifying images 21 are sortable. In yet another embodiment of the invention, brand identifying images 21 are arrangeable on display 20 in other ways. In yet another embodiment of the invention, brand identifying images 21 may be either static or dynamic (i.e., a dynamic image is one that changes or moves, or that can be made to change or move).

In one embodiment, as shown in FIG. 1C, display 20 shows a map image 25 that includes one or more brand access site associated images 22.

In general, map image 25 is a visual depiction or representation of a geographic area, physical area, or space, that is rendered on display 20. In one embodiment, as shown in FIG. 1C, map image 25 shows a graphic that includes street-level detail. Map image 25 may be rendered in color or monochrome. Map image 25 may be labeled or unlabeled. Map image 25 may be static or moving (i.e., a moving map image 25 is one that is updated to generally correspond with the movement of device 10). In other embodiments, map image 25 may be scalable (e.g., zoom in, zoom out), shiftable (e.g., re-centerable left or right, up or down), or rotatable (e.g., re-orientable about a point).

Map image 25 may, for example be two-dimensional or three-dimensional. Map image 25 may, for example, represent an area or space using a photograph or photorealistic image, or using a stylized representation (such as commonly used on a street map or road atlas). Map image 25 may or may not be drawn to scale. Map image 25 may include combinations of various features just described. For example, map image 25 may include a superimposition of a stylized representation over a photorealistic representation, such as lines and street names superimposed on photorealistic images of streets.

Preferentially, map 25 image shows a geographic area that is generally accessible to user 80 (i.e., a local area). Such area may be optimally scaled for device 10 according to the movement characteristics (e.g., speed, direction) of device 10. For example, if device 10 is being moved at a slow pace (by a person who is walking with device 10, for example), then device 10 may provide a map image 25 showing a relatively small geographic area that is accessible by foot. In another example, if device 10 is being moved at a fast pace (by a person who is driving with device 10, for example), then device 10 may provide a map image 25 showing a larger geographic area that is accessible by car. For example, one possible map image 25 may show an area of 100 city blocks. In another example, map image 25 may show an area of a square kilometer or other region. Other map image 25 areas are possible. In yet another example, map area 25 may show the interior of a retail store.

In one embodiment, an example of which is shown in FIG. 1C, map image 25 includes one or more brand access site associated images 22. For example, map image 25 shown in FIG. 1C shows two brand access site associated images 22a-b, each of which is presented as a small dot (circle) that is superimposed onto (included as an element of) map image 25. Each of the brand access site associated images 22 represents the location of a unique one of the brand access sites 2. As previously described, brand access site 2a is a first location at which products and/or services of brand 1a are generally available for purchase, and brand access site 2b is a second location at which products and/or services of brand 1a are generally available for purchase.

In one embodiment, brand access site associated images 22a-b represent particular brand access sites 2a-b. Brand access site associated image 22a may, for example, be an image of a logo (such image of a logo may be significantly smaller than brand identifying image 21a, for example) identifying the corresponding brand 1a. In another embodiment, brand access site associated image 22a is an image of a product having the corresponding brand 1a, such as an illustration or photo (such image may be relatively small so as not to adversely affect the usability of map image 25, for example). In yet another embodiment, brand access site-associated image 22a is a shape, such as a small circle (dot), as shown in FIG. 1C as brand access site associated images 22a-b. In the case where multiple brand access site 2 locations are represented on map image 25 by multiple brand access site associated images 22, each of the brand access site associated images 22 may be unique, or each group of related brand access site associated images that are affiliated with the same brand may be the same or similar image—and different from brand access site associated images that are associated with other brands, for example. For example, two different ones of the brand access site associated images 22 may be presented as two different colors of dots on map image 25. Furthermore, brand access site associated images 22 may include other information or indicate other characteristics. For example, brand access site associated images 22 may indicate the availability (either generally, or specifically by means of indicating a number of available units, for example) of products/services of brand 1a that are available for purchase at the particular brand access sites 2a-b represented by the particular brand access site associated images 22a-b. In another example, brand access site associated image 22a may indicate whether brand access site 2a is open or closed for business at the time of display of the brand access site associated image 22a on map image 25.

In summary, an embodiment of the invention has a device 10, display means 20, and input means 30. Display means 20

US 7,768,395 B2

7

and input means **30** may be incorporated into a single element, such as a touch-screen display. Display **20** may present one or more brand identifying images **21**, each of which is associated with a corresponding brand. Furthermore, display **20** may present map image **25** that shows one or more brand access site associated images **22***a-b*, which are associated with brand access sites **2***a-b*, respectively.

In one embodiment, represented in FIG. **2A**, the invention is shown in a first state. The term "first state" is defined as a state of the device **10** prior to or during communication of a brand identifying image **21** selection from device **10** to processor **50**.

In one such embodiment, as shown in FIG. **2A**, device **10** includes display **20**, input means **30**, and location means **40**. Display **20** is shown having two brand identifying images **21***a-b*. In this embodiment, brand identifying image **21***a* is associated with a first brand **1***a*, and brand identifying image **21***b* is associated with a second brand **1***b*.

A user **80** provides user input **81** to device **10** by means of input means **30**. User input **81** may be an indication of a selection of a particular brand identifying image that is of interest to user **80**. For example, assume that user **80** indicates a selection of a particular brand identifying image **21***a* in order to view a map image **25** showing the location of brand access sites **2** associated with the particular brand **1***a* that is of interest to user **80**. Subsequent to the communication by user **80** of user input **81** to input means **30** of device **10**, device **10** (either directly or indirectly, possibly using any of a wide variety of means) communicates user input data **31** (information about user **80**'s selection of the brand identifying image **21***a*) to processor **50**. In one embodiment, the communication of information about user **80**'s selection of the particular brand identifying image **21***a* from device **10** to processor **50** is performed wirelessly.

In one embodiment, location means **40** is any mechanism, process, or means that enables identification of device **10**'s location. For purposes of the invention, device **10**'s location is intended to be reasonably specific, such as may be determined by a GPS unit, other satellite-enabled location identification system, or other location-identifying means. Identification of location of device **10** is performed independently of location-specifying information provided by user **80** to device **10**. For example, device **10**'s location may be determined without any input of an address, zip code, etc. by user **80**. In one embodiment, location means **40** is physically integrated as an element of device **10**, such as an integrated GPS (or similar type of) unit. In another embodiment, location means **40** is physically separate from device **10**, such as identification of device **10** location based on triangulation by a remote system that includes one or more radio (e.g., cell phone) antennas, for example. A RFID system that is associated with a RFID-enabled environment is another example of a possible device **10** location means **40**. In one embodiment, once location means **40** determines device **10**'s location, information about device **10**'s location—device location data **41**—is communicated (directly or indirectly, possibly using any of a wide variety of means) to processor **50**. In one embodiment, the communication of device location data **41** from location means **40** to processor **50** is performed wirelessly. In another embodiment of the invention, device location data **41** is communicated from location means **40** to another element of a system of the invention.

In one embodiment, as shown in FIG. **2A**, processor **50** is a means that uses user input data **31** and device location data **41** in order to process this (and possibly other) data. In one embodiment, processor **50** is physically integrated into device **10**. In another embodiment, processor **50** is physically

8

separate from device **10**. For example, processor **50** may exist in a fixed location. In the case that processor **50** is physically integrated into device **10**, input means **30** and location means **40** may communicate user input data **31** and device location data **41**, respectively, to processor **50** using direct physical connection (e.g., wires), for example. In the case that processor **50** is physically separate from device **10**, device **10** and location means **40** may communicate user input data **31** and device location data **41**, respectively, to processor **50** using wireless means, for example.

In one embodiment, processor **50** receives user input data **31** that provides information about a selection of brand identifying image **21***a* by user **80**, and device location data **41** that provides information about a device **10** location. Processor **50** may be, for example, a computer or other electronic device, or system of connected computers or electronic devices, capable of processing the relevant information. Processor **50** processes the inputs to generate a query **61** to a brand access site data repository **60** which may be incorporated as an element of processor **50**, or separate from processor **50**. Brand access site data repository **60** may be a database or any other means (or multiple databases or other means) that contains information about brand access sites **2** and other brand access sites (not shown). Such information may include for each of the brands **1***a-b* (and for other brands, not shown) or brand identifying images **21***a-h*, an address, geographic coordinates, or other location specifying information for brand access sites relating to the particular brand or brand identifying image, for example. Following query **61** of brand access site data repository **60**, brand access site data repository responds and communicates data **62** for processor **50**, such data **62** comprising information about brand access sites **2** that are associated with the specified brand **1***a* or brand identifying image **21***a*. Such data **62** enables the rendering of map image **25** that includes brand site associated images **22**. In one embodiment, brand access site data repository **60** is located in a single location (i.e., a central database). In another embodiment, brand access site data repository **60** is distributed, or located in multiple locations (i.e., information on pages that are available on multiple Internet sites). In yet another embodiment, brand access site data repository is an element of device **10**, such as a database of brand access site **2** data that is stored in a memory of device **10**. Any brand access site data repository **60** containing brand access site **2** information may be updatable.

In one embodiment, brand access site data repository **60** may be informed relative to actual inventory or availability (e.g., number of units of a product that are available, starting time or times of a movie showing or other event) of products or services of the brand **1***a* at each of the particular brand access sites **2**. For example, if products or services of the selected brand **1***a* are not available at brand access site **2***a*, then particular brand access site **2***a* may not be communicated to processor **50** (or, alternatively, may be communicated but not shown on map image **25** as brand access site associated image **22***a*). In another embodiment, brand access site data repository **60** is informed relative to actual inventory or availability of products or services of brand **1***a* at brand access site **2***a*, and inventory or availability details are communicated by brand access site data repository **60** to enable device **10** display **20** to display map image **25** having brand access site associated images **22** that indicate, for example, the number of available units of a product or service of brand **1***a* that is being sought by user **80**. Alternatively, in another embodiment, movie starting time(s) may be indicated. Such a feature would be particularly helpful for some products that are poorly stocked or only available at certain times, or in the

US 7,768,395 B2

9

instance when user **80** is seeking to purchase a relatively large number of units of a product of brand **1***a*, for example. In conjunction with such a feature, the device **10** may enable user **80** to indicate the number of units the user **80** is seeking to access (or similar parameter), in response to which the map image **25** may only include brand access site associated images corresponding to brand access sites at which at least the number of units specified by the user **80** are accessible (or at which another parameter is observed). The information contained in brand access site data repository **60** may be provided, in turn, by other systems, including but not limited to store inventory systems, RFID-enabled systems, event or movie show time listings, and any other means of determining, tracking or recording the availability of products or services.

In one embodiment, processor **50** incorporates a map image data source. In the embodiment shown in FIGS. **2**A and **2**B, for example, the map image data source is an element of processor **50**. In another embodiment, a map image data source may be separate from processor **50** and may be queried or otherwise accessed by processor **50** in order to access map image data. In such an embodiment, processor **50** may communicate information to the map image data source which may, in turn, communicate map image data back to processor **50** for (possibly) further processing and communication to device **10** to enable the rendering of map image **25** on display **20**. Alternatively, processor **50** may communicate information to a map image data source which may, in turn, communicate map image data including brand access site data directly to device **10** to enable the rendering of map image **25** on display **20**. Other embodiments of accessing, processing and communicating map image data are possible, and are envisioned and consistent with embodiments of systems and methods of the invention. While there are multiple possible map image data sources available, one example is the Google Maps Application Programming Interface (API) provided by Google, Inc.

In one embodiment, represented in FIG. **2**B, the invention is shown in a second state. The term "second state" is defined as a state of the device **10** after display of a first (initial) map image **25** on device **10** display **20**.

In one embodiment, map rendering data **51** is communicated from processor **50** to device **10**, as shown in FIG. **2**B. In other embodiments, map rendering data **51** may be provided to device **10** from other sources or elements of an embodiment of a system of the invention.

FIG. **2**B shows many of the same elements as shown in FIG. **1**A, however FIG. **2**B differs since it represents an embodiment of the device **10** in a second state, including showing device display **20** that now includes map image **25**.

Map image **25** includes one or more brand access site associated images **22** (although, in one embodiment, no brand access sites associated images **22** would be displayed on map image **25** if no brand access sites exist within the geographic area indicated by the particular map image **25**, for example). Brand access site associated image **22***a* represents a location on map image **25** of a first brand access site **2***a*. Brand access site associated image **22***b* represents a location on map image **25** of a second brand access site **2***b*. In FIG. **1**C, each of the two brand access site associated images **22***a-b* is represented as a small dot (circle) on map image **25**. Such shape may be colored if display **20** is a color display. Map image **25** includes brand access site associated images **22** that are viewable by user **80** to facilitate user **80** identification of brand access sites **2** where products or services of a particular brand **1***a* of interest to user **80** may be accessed (e.g., purchased).

10

The second state may be modified ("modified second state") to reflect a new or changed location of device **10** (and presumably the new or changed location of user **80** who is using device **10**). For example, map image **25** may be re-rendered to reflect a new or changed location of device **10**. For example, if device **10** is traveling with user **80** in a moving car, then a second state may be changed to a modified second state, either automatically (e.g., continuously, frequently, periodically), or by prompting (e.g., user input, setting, directive), to show a re-rendered map image **25** that is, for example re-centered to reflect a new location of device **10**, and that shows a new set (as appropriate) of brand access site associated images—meaning those images for brand access sites (if any) that are within the area described by the re-rendered map image **25**. A modified second state can be repeatedly realized at various intervals to show an updated ("moving") map image **25** that is relevant to user **80** of device **10** according to current device **10** location and device location data **41**.

The device **10** may be returned to the first state, such as by reinitializing the device **10**, or in response to input from the user **80** indicating a desire to identifying brand access sites for another brand. As a result, the method **100** of FIG. **3** may be performed multiple times using the same device **10** to identify and display locations of brand access sites for different brands.

Embodiments of the invention may also allow map image **25** to be modified in other ways. For example, user **80** may use input means **30** to change map image **25** scale to provide various levels of detail (i.e., zoom in or out). Also, for example, user **80** may use input means **30** to change map image **25** centering (i.e., to scroll or shift the image in a desired direction). Also, for example, user **80** may change map image **25** orientation of (i.e., rotation), possibly to adjust for the orientation of display **20** when device **10** is being used. In addition, brand access site associated images **22** shown on map image **25** may be manipulable, or may be selectable by user **80** using input means **30**.

In the case that an embodiment of the invention further provides a means for user **80** to select one or more brand access site associated images **22** on map image **25**, such selection may, for example, provide user **80** with a menu or list of further functions. For example, user **80** may select one of the brand access site associated images **22** to, for example: initiate a phone call to the selected brand access site, prompt (a person associated with) the selected brand access site to contact user **80** on device **10**, place an order for products or services of the selected brand **1***a*, determine inventory of products having the selected brand **1***a*, check the hours of operation or availability of the selected brand access site, make certain brand access site associated images **22** a default feature on all map images **25** displayed to user **80**, denote a particular one of the brand access sites **2** as a favorite, default, etc. While such a subsequent action or actions may be facilitated by a menu or list, embodiments of the invention may also be configured to enable user **80** to access a particular action by a single click on a button (or other form of input). For example, in one embodiment, user **80** may enable a phone call using device **10** by using input means **30** to simply select one of the (i.e., click on) brand access site associated images **22** on map image **25**. Other embodiments may include other map image **25** enabled functions.

FIG. **3** shows a flowchart of a method **100** according to an embodiment of the invention. The method **100** is initiated or launched (step **102**). This step may be facilitated, for example, by using a button or virtual button represented by application launch means **11** shown FIG. **1**A.

US 7,768,395 B2

11

Next, display means **20** displays a first brand identifying image, an example of which is the brand identifying image **21***a* shown in FIG. 1B (step **104***a*). Optionally, display means **20** may concurrently show a second brand identifying image, an example of which is the brand identifying image **21***b* shown in FIG. 1B (step **104***b*). Display means **20** may present even more brand identifying images (possibly resembling brand identifying images **21***c-h* shown in FIG. 1B, for example). Brand identifying images **21** may be shown or presented in a single set or in subsets, and may be searchable, sortable, arrangeable, scrollable, etc.

Next, method **100** receives user input **81** from user **80** specifying a selection of a particular brand identifying image that is associated with a particular brand of interest to user **80** (i.e., a brand that user **80** desires to locate by means of map image **25**) (step **106**). Assume for purposes of example in the following discussion that user **80** selects brand identifying image **21***a* to indicate that user **80** is interested in brand **1***a*.

The method **100** applies user input **81** to identify brand access sites **2** for the particular brand **1***a* of interest to user **80** (step **108**). This step may be performed by processor **50** whereby processor **50** generates a query **61** to brand access site data repository **60**, in response to which brand access site data repository **60** replies with location-identifying information about brand access sites **2** for the particular brand **1***a* of interest to user **80**. Brand access site data repository **60** may be, for example, a single database, multiple databases, a website or website page, multiple websites or website pages, or other Internet-accessible source of information, user-generated data, or other means that may be queried by processor **50** and which provides the relevant information. Furthermore, query **51** to brand access site data repository **60** may be general or specific, meaning that it could seek to identify all brand access sites for the selected brand **1***a* (and then use only those that are relevant to the geographic area being presented on a current map image **25**), or it could query the brand access site data repository **60** in a manner that enables it to secure a relevant subset of data.

Another step may occur before, concurrent with, or after step **108** (step **110**). In step **110**, method **100** identifies a location of device **10** independent of location-specifying user input. As used herein, "independent of location-specifying user input" means that the method **100** does not rely on user **80** to input location-specifying information such as an address, zip code, phone number, etc. Rather, location of device **10** is identified by the method **100**, either by means that may be physically incorporated as an element of device **10**, such as a built-in GPS unit or similar technology, or that are remotely or externally incorporated as an element of a system implemented according to an embodiment of the invention, such as by a system that uses triangulation, direction-finding, signal strength, a RFID system, or other means to determine location of device **10** independently of location-specifying user input.

Next, method **100** processes device **10** location (by applying device location data **41**) and brand access site information (by applying data **62**) to enable map image **25** rendering (step **112**). In one embodiment, map image **25** rendering is supported by information supplied by a map image data source. Map image **25** rendering information is then communicated to enable device display **20** to render map image **25** showing a geographic area overlapping with a location of device **10** and which includes brand access site associated image(s) **22** which represent brand access site(s) **2** for the brand **1***a* indicated to be of interest to user **80** by user **80** in step **106** (step **116**). If there are no brand access sites within the geographic

12

area shown by map image **25**, then no brand access site associated images will be indicated on map image **25**.

Next, device **10** displays map image **25** to user **80** on display **20** (step **116**). Map image **25** shows a geographic area overlapping with a location of device **10** (and presumably user **80** who is using device **10**) and which includes brand access site associated image(s) **22** which represent brand access site(s) **2** for the brand **1***a* indicated to be of interest to user **80** by user **80** in step **106**. If there are no brand access sites within the geographic area shown by map image **25**, then no brand access site associated images will be indicated on map image **25**.

In one embodiment, map image **25** may be modified. For example, user **80** may use input means **30** to change map image **25** scale to provide various levels of detail (i.e., zoom in or out). Also, for example, user **80** may use input means **30** to change map image **25** centering (i.e., to scroll or shift the image in a desired direction). Also, for example, user **80** may change map image **25** orientation of (i.e., rotation), possibly to adjust for the orientation of display **20** when device **10** is being used. In addition, brand access site associated images **22** shown on map image **25** may be manipulable, or may be selectable by user **80** using input means **30**.

The map image **25** may display brand access site associated images which are associated with brands not selected by the user **80** in step **106**. For example, if the user **80** has previously selected one or more brands as "favorite" brands, the device **10** may include, in the map image **25**, brand access site associated images associated with the user-indicated favorite brand(s) (if any such sites are within the area represented by the map image **25**). The map image **25** may include such representations of "favorite" brand access sites in addition to images (if any) associated with brand access sites corresponding to the brand selected by the user **80** in step **106**. Similarly, the device **10** may include, in the map image **25**, brand access site associated images associated with brands previously stored as "default" brands. As a result, the map image **25** may include brand access site associated images associated with multiple brands even if the user **80** selects only a single brand in step **106**. Similarly, the map image **25** may include brand access site associated images associated with one or more brands even if the user **80** does not select any brands in step **106**. The user **80** may, for example, quickly obtain a view of brand access sites associated with favorite and/or default brands that are currently in the vicinity of the device **10** by providing no input in step **106**. The device **10** may facilitate this process by, for example, allowing the user **80** to bypass step **106** using a keypress or by issuing a "display favorites" or "display defaults" command which displays a map image illustrating brand access sites for favorite and/or default brands in the vicinity of the device **10** without requiring any further input from the user **80**.

These are merely examples of ways in which the device **10** may display brand access sites to the user **80** for brands not previously selected by the user **80**. Another example in which a similar result is achieved is that in which an advertisement system, such as a push advertisement system, displays brand access site associated images in the map image **25** for brands not previously selected by the user **80**. Such images may, however, be selected based on a determination of which brand(s) the user **80** is likely to find of interest. Such a determination may be made, for example, based on demographic data, previous activity of the user **80**, or any of a variety of other techniques.

In the case that an embodiment of the invention further provides a means for user **80** to select one or more brand access site associated images **22** on map image **25**, such

US 7,768,395 B2

13                                                             14

selection may, for example, provide user **80** with a menu or list of further functions. If, for example, user **80** selects brand access site associated image **22a**, such selection may enable the user **80** to, for example: initiate a phone call to the brand access site **2a**, have a person associated with the brand access site **2a** contact user **80** on device **10**, place an order for products or services of the selected brand **1a**, determine inventory of products or services of the selected brand **1a**, check the hours of operation or availability of the selected brand access site **2a**, make brand access site associated images **22** a default feature on all map images **25** displayed to user **80**, denote the brand access site **2a** as a favorite, etc. While such a subsequent action or actions may be facilitated by a menu or list, embodiments of the invention may also be configured to enable user **80** to access a particular action by a single click on a button (or other form of input). For example, in one embodiment, user **80** may enable a phone call using device **10** by using input means **30** to simply select (i.e., click on) brand access site associated image **22** on map image **25**. Other embodiments may include other map image **25** enabled functions.

In one embodiment of the invention, a single action or manipulation of device **10** input means **30** by user **80** (e.g., selection of a brand identifying image **21**), or the receipt of a single input by device **10** (e.g., method **100** step **106**), results in the display of map image **25** showing any brand access sites **2** for the brand **1a** associated with the brand identifying image **22** that was selected by user **80**.

In one possible sample use case, the presentation of which is intended as an example of a use of embodiments of the invention and shall not limit the scope of the invention in any way, user **80** of a device that is similar to device **10** shown in FIG. **1A** views on display similar to display **20** shown in FIG. **1B** an arrangement of ten images similar to brand identifying images **21a-f** shown in FIG. **1B**, each of which represents one of ten different brands. For example, three images represent brands that are beverages, two of the images represent fast-food products, and five of the images represent consumer durable goods. User **80** may manipulate the images. For example, using device **10** input means **30**, user **80** may scroll through, or sort the images. One of the beverage brands, a particular soda, is of interest to user **80**. User **80** uses device **10** input means **30** to select the image that identifies the particular brand (soda) of interest. Following this input indicating a selection of an image by user **80**, user **80** is then presented with a map image, similar to map image **25** shown in FIG. **1C**, that is centered about the current location of device **10** (and user **80** who is using device **10**). The map image in this example also includes three images showing where the soda product can be purchased, these images being similar to brand access site associated images **22** shown in FIG. **1C**. The images are representative of locations (e.g., stores, vending machines, etc.) that are located nearby the user **80**, and where user **80** may purchase the brand of soda of interest. User **80** uses the information to walk to a nearby location to buy a soda.

In this sample use case, it is notable that the user arranges (e.g., scrolls through) and selects an image that identifies a specific brand. It is also notable that the user does not enter (e.g., input) any location-specifying information into the device; the system automatically determines a location of the device (and presumably the user who is using the device) independent of location-specifying input provided by the user to the device. Furthermore, it is notable that the system provides information to the user about the location of places where the product may be accessed (e.g., purchased).

Among the advantages of embodiments of the invention are one or more of the following. Embodiments of the present invention advantageously enable a user to use a device to select a brand-identifying image, and in response to see a (possibly moving and/or updated) map of a region where the device/user is located and which indicates (such as by using icons) locations at which the user-selected brand. Such embodiments thereby enable the user to see where products or services of a brand (i.e., products or services of a particular brand) of interest to the user may be available for purchase, with minimal effort from the user. For example, in one embodiment the user may cause the device to display such a map simply by selecting (e.g., clicking on) the brand-identifying image (e.g., image of a logo). In response to this single action, the device and/or other components of the system may automatically identify both the location of the device (such as by using GPS) and locations in the vicinity of the device at which products/services of the user-selected brand may be accessed (such as by accessing a database of brand access sites). In particular, in such embodiments, the user need not provide input specifying the user/device's current location (such as by typing in an address or zip code).

Furthermore, these techniques enable the user to enter a selection of a brand, but not a location of the user, and to be presented with a map showing the location(s) of brand access sites. As a result, the amount of effort required on behalf of the user is reduced in comparison to systems which require the user to input explicit location-identifying information, or which require a user to guess as to where products or services of a particular brand might be located.

The techniques disclosed herein also enable brand manufacturers (and other parties) to promote their brands using brand identifying images first and foremost on a user interface. Embodiments of the invention enable brand-centric marketing. Such techniques therefore represent an improvement over systems which are purely text-based or which otherwise do not prominently display brand-identifying images to the user proactively, or which do not enable display of brand identifying images in such a controllable manner. For example, the logos **21a-h** in FIG. **1B** may be displayed to the user repeatedly over time even if the user never selects any of the logos **21a-h**. As a result, the display shown in FIG. **1B** would promote the brands associated with logos **21a-h** regardless of the user's actions. Other embodiments of the invention may enable intelligent presentation of brand-identifying images, such as logos, to users.

The techniques disclosed herein further enable a user interested in attending a movie showing (e.g., Star Wars Episode 1) or attending another event (e.g., Cirque-du-Soleil Quidam) to select an image of the movie or other event, and to be presented with a map showing the locations where the movie or other event may be viewed. Furthermore, the user may be enabled to view information about the particular movie or other event, or the user may be enabled to select or narrow a timeframe to see a subset of locations where the movie or other event may be viewed or experienced at particular times. A movie showing or other event is a branded entity when it is accessible (e.g., available for viewing) at multiple locations, i.e., a motion picture showing at multiple venues represents a collection of related products or services having a distinctive identity.

The techniques disclosed herein may also be used to enable a shopper in an interior retail environment to select an image that is representative of a particular brand, and to be shown the in-store (aisle or shelf) location of the particular brand on a map that shows a representation of the interior of the retail environment.

US 7,768,395 B2

15

It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions.

Although certain embodiments disclosed herein are used in conjunction with mobile devices, this is not a requirement of the present invention. Rather, the techniques disclosed herein may be used in conjunction with devices that are fixed (such as desktop computers). Furthermore, although certain embodiments disclosed herein are used in conjunction with handheld devices, this is not a requirement of the present invention. Rather, the techniques disclosed herein may be used in conjunction with devices of any size, such as laptop and desktop computers.

Although certain embodiments are described herein as being used in conjunction with a wireless network connection, this is not a requirement of the present invention. Rather, the techniques disclosed herein may be used in conjunction with network communications that occur wirelessly or over wires, or more generally over any communications medium. Furthermore, the techniques disclosed herein may be used in conjunction with any appropriate network protocol.

Although components of certain embodiments disclosed herein are described as communicating with each other over a network, the particular examples disclosed herein are not limitations of the present invention. For example, the location of the device may be identified by a component within the device itself or by a component external to the device which communicates with the device or with another element of the invention. Similarly, the locations of brand access sites may be identified by a component within the device itself or by a component external to the device which communicates with the device. This may involve a database or data repository.

The user may select one or more brands in any of a variety of ways. For example, as illustrated in FIG. 1B, the device may present the user with output representing a plurality of brands 1, such as a plurality of logos that are affiliated with brands 1. Such output may, however, take other forms. For example, the device may provide the user with images of representative examples of branded entities rather than logos. Furthermore, the device need not provide the user with a set of simultaneously-displayed brand identifying images. For example, the device may allow the user to step through images one at a time until the desired image is found, or to utilize functions that enable searching, sorting, or other arrangement of the images.

The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented pro-

16

gramming language. The programming language may, for example, be a compiled or interpreted programming language.

Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory, for example. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

What is claimed is:

1. A method comprising:
   (A) displaying, using a device, a first image associated with a first brand;
   (B) receiving, from a user of the device, an indication of a selection by the user of the first image;
   (C) identifying a first location of the device independently of any location-specifying input provided by the user to the device;
   (D) identifying a first brand access site at which a first branded entity having the first brand is accessible; and
   (E) providing to the user, using the device, a first map image which describes a first geographic area derived from the first location of the device and which includes a first indication of the first brand access site, wherein the first indication of the first brand access site comprises a second image associated with the first brand, located at a position in the first map image corresponding to the first brand access site.

2. The method of claim 1, wherein (A) comprises displaying a plurality of images associated with a plurality of brands;
   wherein (B) comprises receiving, from the user of the device, an indication of a selection by the user of a particular one of the plurality of images associated with the first brand; and
   wherein (E) comprises providing to the user a first map image which describes a first geographic area derived from the first location of the device and which indicates a first physical location of a first brand purchase site at which the first branded entity may be purchased.

3. The method of claim 1, wherein (E) comprises providing to the user a first map which describes a first geographic area overlapping with the first location of the device and which

US 7,768,395 B2

17

18

indicates a plurality of brand access site associated images representing a plurality of brand access sites at which the first branded entity is accessible.

**4**. The method of claim **1**, wherein (E) comprises:

(E)(1) identifying a plurality of brand access sites, each of which is associated with at least the first brand;

(E)(2) identifying a subset of the plurality of brand access sites, wherein each member of the subset is associated with the first brand; and

(E)(3) providing to the user a first map image which includes, for each brand access site that is a member of the subset, an indication of a brand access site.

**5**. The method of claim **4**, wherein (D)(2) comprises identifying a subset of the plurality of brand access sites, wherein each member of the subset is associated with the first brand access site and has a location within the first geographic area described by the first map.

**6**. The method of claim **4**, wherein (D)(2) comprises identifying a subset of the plurality of brand access sites, wherein each member of the subset has at least one branded entity of the first brand available for access at about a time step (D)(2) is performed.

**7**. The method of claim **1**, wherein the first image comprises a logo associated with the first brand.

**8**. The method of claim **1**, wherein the indication of the selection by the user comprises an indication of a single action of the user.

**9**. The method of claim **1**, wherein (B) comprises receiving from the user an indication of a selection by the user of a plurality of images associated with a plurality of brands; and wherein (E) comprises providing to the user, using the device, a first map image which describes a first geographic area overlapping with a location in proximity to the first device location and which includes a first indication of the plurality of brand access sites.

**10**. The method of claim **1**, further comprising:

(F) receiving, from the user, input selecting the first brand access site; and

(G) performing a method based on the input.

**11**. The method of claim **10**, wherein (G) comprises dialing a telephone number of the first brand access site.

**12**. The method of claim **10**, wherein (G) comprises presenting to the user a web site associated with the first brand.

**13**. The method of claim **10**, wherein (G) comprises providing directions to the first brand access site.

**14**. The method of claim **10**, wherein (E) further comprises:

(E)(1) providing to the user a plurality of choices representing a plurality of methods;

(E)(2) receiving from the user input selecting one of the plurality of choices; and

wherein (F) comprises performing a method represented by the one of the plurality of choices selected by the user.

**15**. The method of claim **10**, wherein (E)(2) comprises receiving the input provided by the user using a single action.

**16**. The method of claim **1**, wherein the first image comprises a photograph associated with the first brand.

**17**. The method of claim **1**, wherein the first image comprises an illustration associated with the first brand.

**18**. The method of claim **1**, wherein the first branded entity comprises a product.

**19**. The method of claim **1**, wherein the first branded entity comprises a service.

**20**. The method of claim **19**, wherein the service comprises an event.

**21**. The method of claim **19**, further comprising:

(F) receiving, from the user, an indication of a selection by the user of a time period during which the user is inter-

ested in using the service; and wherein (D) comprises providing to the user, using the device, a first map which describes a first geographic area derived from the first location of the device and which includes a first indication of a first brand access sites at which the service is available during the user-selected time period.

**22**. The method of claim **19**, wherein the service comprises a movie showing.

**23**. The method of claim **1**, wherein the first brand access site comprises a parcel of real property.

**24**. The method of claim **1**, wherein the first brand access site comprises a geographic location.

**25**. The method of claim **1**, wherein the first brand access site comprises a retail store.

**26**. The method of claim **1**, wherein the first brand access site comprises a movie theater.

**27**. The method of claim **1**, wherein the first map image comprises a two-dimensional graphical map.

**28**. The method of claim **1**, wherein the first map image comprises an interior map.

**29**. The method of claim **1**, wherein the second image comprises a logo associated with the first brand.

**30**. The method of claim **1**, wherein the second image associated with the first brand comprises a photograph associated with the first brand.

**31**. The method of claim **1**, wherein the second image associated with the first brand comprises an illustration associated with the first brand.

**32**. The method of claim **1**, wherein the second image associated with the first brand comprises an icon associated with the first brand.

**33**. The method of claim **1**, wherein (C) comprises identifying the first device location using a Global Positioning System.

**34**. The method of claim **1**, wherein (C) comprises identifying the first device location using a RFID system.

**35**. The method of claim **1**, wherein (E) comprises providing to the user a first map image which describes a first geographic area overlapping with the first location of the device.

**36**. The method of claim **1**, wherein the first indication of the first brand access site indicates a characteristic associated with the first brand access site.

**37**. The method of claim **36**, wherein the characteristic comprises a count of branded entities of the first brand accessible at the first brand access site.

**38**. The method of claim **36**, wherein the first branded entity comprises an event, and wherein the characteristic comprises a starting time of the first branded entity at the first brand access site.

**39**. A system comprising:

display means for using a device to display a first image associated with a first brand;

reception means for receiving, from a user of the device, an indication of a selection by the user of the first image;

device location means for identifying a first location of the device independently of any location-specifying input provided by the user to the device;

first brand access site location means for identifying a first brand access site at which a first branded entity having the first brand is accessible; and

map image provision means for providing to the user, using the device, a first map image which describes a first geographic area derived from the first location of the device and which includes a first indication of the first brand access site, wherein the first indication of the first brand access site comprises a second image associated

19

20

with the first brand, located at a position in the first map image corresponding to the first brand access site.

**40**. The system of claim **39**, wherein the display means comprises means for displaying a plurality of images associated with a plurality of brands;

wherein the reception means comprises means for receiving, from the user of the device, an indication of a selection by the user of a particular one of the plurality of images associated with the first brand; and

wherein the map image provision means comprises means for providing to the user a first map image which describes a first geographic area derived from the first location of the device and which indicates a first physical location of a first brand purchase site at which the first branded entity may be purchased.

**41**. The system of claim **39**, wherein the map image provision means comprises:

means for identifying a plurality of brand access sites, each of which is associated with at least the first brand;

means for identifying a subset of the plurality of brand access sites, wherein each member of the subset is associated with the first brand; and

means for providing to the user a first map image which includes, for each brand access site that is a member of the subset, an indication of a brand access site.

**42**. The system of claim **41**, wherein each member of the subset is associated with the first brand access site and has a location within the first geographic area described by the first map.

**43**. The system of claim **39**, wherein the first image comprises a logo associated with the first brand.

**44**. The system of claim **39**, wherein the first branded entity comprises a product.

**45**. The system of claim **39**, wherein the first branded entity comprises a service.

**46**. A device comprising:

display means for displaying a first image associated with a first brand;

reception means for receiving, from a user of the device, an indication of a selection by the user of the first image;

device location means for identifying a first location of the device independently of any location-specifying input provided by the user to the device;

map image provision means for providing to the user, using the device, a first map image which describes a first geographic area derived from the first location of the device and which includes a first indication of a first brand access site at which a first branded entity having the first brand is accessible, wherein the first indication of the first brand access site comprises a second image associated with the first brand, located at a position in the first map image corresponding to the first brand access site.

**47**. The device of claim **46**, wherein the display means comprises means for displaying a plurality of images associated with a plurality of brands;

wherein the reception means comprises means for receiving, from the user of the device, an indication of a selection by the user of a particular one of the plurality of images associated with the first brand; and

wherein the map image provision means comprises means for providing to the user a first map image which describes a first geographic area derived from the first location of the device and which indicates a first physical location of a first brand purchase site at which the first branded entity may be purchased.

**48**. The device of claim **46**, wherein the map image provision means comprises:

means for identifying a plurality of brand access sites, each of which is associated with at least the first brand;

means for identifying a subset of the plurality of brand access sites, wherein each member of the subset is associated with the first brand; and

means for providing to the user a first map image which includes, for each brand access site that is a member of the subset, an indication of a brand access site.

**49**. The device of claim **48**, wherein each member of the subset is associated with the first brand access site and has a location within the first geographic area described by the first map.

**50**. The device of claim **46**, wherein the first image comprises a logo associated with the first brand.

**51**. The device of claim **46**, wherein the first branded entity comprises a product.

**52**. The device of claim **46**, wherein the first branded entity comprises a service.

**53**. A system comprising:

device location reception means for receiving an indication of a first location of a device;

first brand access site location means for identifying a first brand access site at which a first branded entity having a first brand is accessible; and

map image provision means for providing, to the device, first map rendering data for rendering a first map image which describes a first geographic area derived from the first location of the device and which includes a first indication of the first brand access site, wherein the first indication of the first brand access site comprises a second image associated with the first brand, located at a position in the first map image corresponding to the first brand access site.

**54**. The system of claim **53**, wherein the map image provision means comprises:

means for identifying a plurality of brand access sites, each of which is associated with at least the first brand;

means for identifying a subset of the plurality of brand access sites, wherein each member of the subset is associated with the first brand; and

means for providing to the user a first map image which includes, for each brand access site that is a member of the subset, an indication of a brand access site.

**55**. The system of claim **54**, wherein each member of the subset is associated with the first brand access site and has a location within the first geographic area described by the first map.

**56**. The system of claim **53**, wherein the first indication comprises a logo associated with the first brand.

**57**. The system of claim **53**, wherein the first branded entity comprises a product.

**58**. The system of claim **53**, wherein the first branded entity comprises a service.

**59**. A method comprising:

(A) displaying, using a device, a first image associated with a first brand;

(B) receiving, from a user of the device, an indication of a selection by the user of the first image;

(C) identifying a first location of the device independently of any location-specifying input provided by the user to the device;

(D) identifying a first brand access site at which a first branded entity having the first brand is accessible;

(E) providing to the user, using the device, a first map image which describes a first geographic area derived

US 7,768,395 B2

21

22

from the first location of the device and which includes a first indication of the first brand access site;

(F) identifying a second device location independently of any location-specifying input provided by the user to the device; and

(G) in response to identifying the second device location, providing to the user, using the device, a second map which describes a second geographic area overlapping with a location in proximity to the second device location and which includes a second indication of a second brand access site at which the first brand is accessible.

**60**. A method comprising:

(A) displaying, using a device, a first image associated with a first brand;

(B) receiving, from a user of the device, an indication of a selection by the user of the first image;

(C) identifying a first location of the device independently of any location-specifying input provided by the user to the device;

(D) identifying a first brand access site at which a first branded entity having the first brand is accessible; and

(E) providing to the user, using the device, a first map image which describes a first geographic area derived from the first location of the device and which includes a first indication of the first brand access site;

wherein (D) further comprises providing within the first map a second indication of a second brand access site at which a second brand, not indicated by the selection by the user, is accessible.

**61**. A system comprising:

display means for displaying, using a device, a first image associated with a first brand;

reception means for receiving, from a user of the device, an indication of a selection by the user of the first image;

first device location means for identifying a first location of the device independently of any location-specifying input provided by the user to the device;

first brand access site location means for identifying a first brand access site at which a first branded entity having the first brand is accessible;

first map image provision means for providing to the user, using the device, a first map image which describes a first geographic area derived from the first location of the device and which includes a first indication of the first brand access site;

second device location means for identifying a second device location independently of any location-specifying input provided by the user to the device; and

second map image provision means for providing to the user, using the device and in response to identifying the second device location, a second map which describes a second geographic area overlapping with a location in proximity to the second device location and which includes a second indication of a second brand access site at which the first brand is accessible.

**62**. A system comprising:

display means for displaying, using a device, a first image associated with a first brand;

reception means for receiving, from a user of the device, an indication of a selection by the user of the first image;

device location means for identifying a first location of the device independently of any location-specifying input provided by the user to the device;

first brand access site location means for identifying a first brand access site at which a first branded entity having the first brand is accessible, and for providing within the first map a second indication of a second brand access site at which a second brand, not indicated by the selection by the user, is accessible; and

map image provision means for providing to the user, using the device, a first map image which describes a first geographic area derived from the first location of the device and which includes a first indication of the first brand access site.

\* \* \* \* \*


(19) **United States**

(12) **Patent Application Publication**    (10) Pub. No.: **US 2010/0302027 A1**

Gold                       (43) **Pub. Date:**      **Dec. 2, 2010**

---

(54) **BRAND MAPPING**

(76) Inventor: **Steven K. Gold**, Lexington, MA (US)

Correspondence Address:
**ROBERT PLOTKIN, PC**
**15 New England Executive Office Park**
**Burlington, MA 01803 (US)**

(21) Appl. No.: **12/846,478**

(22) Filed: **Jul. 29, 2010**

**Related U.S. Application Data**

(63) Continuation of application No. 11/758,392, filed on Jun. 5, 2007, now Pat. No. 7,768,395.

(60) Provisional application No. 60/885,773, filed on Jan. 19, 2007.

**Publication Classification**

(51) **Int. Cl.**
     ***G08B  1/00***       (2006.01)

(52) **U.S. Cl.** ..................................................... **340/539.2**

(57)            **ABSTRACT**

A user uses a portable electronic device to select an image representative of a brand. In response to the user's selection of the image representative of the brand, the device automatically presents the user with an image of a map that indicates a current location of the device and shows one or more images representative of brand purchase sites where the selected brand may be accessed by the user.





Case: 1:11-cv-02519 Document #: 52-1 Filed: 10/26/11 Page 61 of 73 PageID #:204



FIG. 2A

Case: 1:11-cv-02519 Document #: 52-1  Filed: 10/26/11 Page 62 of 73 PageID #:205



FIG. 2B

Case: 1:11-cv-02519 Document #: 52-1 Filed: 10/26/11 Page 63 of 73 PageID #:206



FIG. 3

US 2010/0302027 A1

Dec. 2, 2010

1

# BRAND MAPPING

## CROSS REFERENCE TO RELATED APPLICATIONS

[0001] This application is a continuation of U.S. patent application Ser. No. 11/758,392, filed on Jun. 5, 2007, entitled, "Brand Mapping," which claims priority from U.S. Provisional Patent Application Ser. No. 60/885,773, filed on Jan. 19, 2007, entitled "Consumer Brand Links," which is hereby incorporated by reference.

## BACKGROUND

[0002] Various conventional computer-based systems exist for displaying maps to users. Such systems generally work in one of three ways:

[0003] 1. A user actively specifies (inputs) location-identifying information, such as an address or zip code, in response to which the system generates and presents a map of the user-specified location. Subsequently, the user might also be able to specify a business name or category, in response to which the system may display the location(s) of the specified business name or type on the map. In general, such systems are unable to determine a location of the device independent of user input specifying a location or location-related information, and therefore require a user to specify a location. While some such systems may store previously entered location identifying information specified by a user, these systems would not be aware if a device changed location without further information from the user. In the case of a system that requires a user to specify a location or location-related information (meaning that the system is not independently aware of the user's location), the map is static and does not automatically update with movement of the device, although map centering and scale may be alterable by a user of such a system.

[0004] 2. A system automatically identifies a location of a device, and generates a map based on the location of the device. In this case, the user may specify a business name or type, in response to which the system may display the location(s) of the specified business name or type on the map. Although the map position may be updated in this case based on the location of the device, the sequence of map selection followed by selection and then presentation of a business type or name remain the same as in the first type of system described.

[0005] 3. A user specifies a business name or type, in response to which the system displays the location(s) of the specified business name or type on a map. Although in some instances a user may be prompted for location-identifying information to more closely determine the user's location, for example, such as a city name or zip code, this makes use of the methodology described with respect to the first type of system above.

[0006] The prior art, in general, enables a user to provide an address, business name, or business type, resulting in the identification of one or more real property locations corresponding to the provided address, business name, or business type.

[0007] Users continually seek new and improved ways to find and view geographic information more quickly and eas-

ily. What is needed, therefore, are improved techniques for enabling users to find and view such information.

## SUMMARY

[0008] In one embodiment of the invention, a user of a portable electronic device uses the device to select an image identifying a brand. In response to the user's selection of the image identifying the brand, the device automatically presents the user with an image of a map that indicates a current location of the device and shows one or more images representative of brand access sites where products and/or services of the selected brand may be accessed (e.g., purchased) by the user. For example, if the user selects a logo for a particular brand of soft drink product, the device may present the user with an image of a map that has been automatically centered about the current location of the user and that shows shops, restaurants, vending machines, etc. where soft drink products having the selected brand may be accessed (e.g., purchased). Products and services having a particular brand may be available for purchase at multiple brand access sites that sell a wide range of different brands of products and services, or brand access sites that sell a single brand of product or service, or both. Furthermore, a brand access site does not need to be located at a real property address, meaning that the location of the brand access site could be a vending machine, for example, or another location that does not have a real property address, or an address that is generally known.

[0009] For example, one embodiment of the present invention is a method comprising: (A) displaying, using a device, a first image associated with a first brand (such as a photograph or illustration associated with the first brand); (B) receiving, from a user of the device, an indication of a selection by the user of the first image (such as by a single mouse click on the first image); (C) identifying a first location of the device independently of any location-specifying input provided by the user to the device (such as by using GPS or an RFID system); (D) identifying a first brand access site at which a first branded entity (e.g., a product or service) having the first brand may be accessed; and (E) providing to the user, using the device, a first map image which describes a first geographic area derived from the first location of the device and which includes a first indication of the first brand access site.

[0010] For the user to select the first image, a plurality of images (e.g., logos) associated with a plurality of brands may be displayed to the user. The user may select a particular one of the plurality of images. The method may provide the user with a first map image which describes a first geographic area derived from the first location of the device and which indicates a first physical location of a first brand purchase site at which the first branded entity may be purchased. The first map may indicate a plurality of brand access site associated images representing a plurality of brand access sites at which the first branded entity may be accessed.

[0011] The method may provide the first map image to the user by: (D)(1) identifying a plurality of brand access sites, each of which is associated with at least the first brand; (D)(2) identifying a subset of the plurality of brand access sites (such as those brand access sites within a geographic area described by the first map), wherein each member of the subset is associated with the first brand; and (D)(3) providing to the user a first map image which includes, for each brand access site that is a member of the subset, an indication of a brand access site.

[0012] The user may select the first brand access site, and the method may perform additional steps based on the user's selection. For example, the method may dial a telephone number of the first brand access site, present to the user a web site associated with the first brand, or provide the user with directions to the first brand access site.

[0013] The method may update the first map image over time. For example, the method may: (E) identify a second device location independently of any location-specifying input provided by the user to the device; and (F) in response to identifying the second device location, provide to the user, using the device, a second map image which describes a second geographic area overlapping with a location in proximity to the second device location and which includes a second indication of a second brand access site at which the first brand is accessible.

[0014] Other features and advantages of various aspects and embodiments of the present invention will become apparent from the following description and from the claims.

BRIEF DESCRIPTION OF THE DRAWINGS

[0015] FIG. 1A illustrates a device for receiving user input and displaying a map image in response to such input according to one embodiment of the present invention;

[0016] FIG. 1B illustrates a graphical user interface for receiving user input specifying a brand according to one embodiment of the present invention;

[0017] FIG. 1C illustrates a map displayed by the device of FIG. 1A and including indications of physical locations of brand access sites at which products or services having the brand specified by the user may be accessed (e.g., purchased);

[0018] FIG. 2A is a schematic diagram of a first state of a system implemented according to one embodiment of the invention, prior to or during user inputs being communicated to a processor;

[0019] FIG. 2B is a schematic diagram of a second state of the system of FIG. 2A, after display of a map image; and

[0020] FIG. 3 is a flowchart of a method performed according to one embodiment of the present invention.

DETAILED DESCRIPTION

[0021] Embodiments of the present invention are directed to a device that enables a user to view one or more brand identifying images, such as one or more logos, on a display, and to select a particular brand identifying image using input means to thereby enable the presentation of a map image indicating a current location of the device and showing the locations of any one or more brand access sites for the selected brand that are located in proximity to the user (i.e., within the geographic area presented on the map). The system benefits users, for example, by facilitating the location and purchase of brands of products and services selected by the user by automatically directing (i.e., independently of location-specifying information provided by the user) the user to a nearby location where the selected brand of products or services may be available for purchase.

[0022] A "brand" is defined as a distinctive identity of a collection of related products or services. A "branded entity" of a particular brand is defined as a product or service having the particular brand. For example, a bottle of a Coca-Cola brand soft drink is an example of a "branded entity" of the Coca-Cola brand of soft drinks. A "brand access site" for a particular brand is defined as a location at which one or more branded entities of the particular brand may be accessed.

[0023] In general, as used herein, branded entities of a brand may be accessed (e.g., purchased) by a consumer at one or more brand access sites. In some instances, for example, a brand of products is marketed or sold under a common trademark. In other instances, for example, a brand of services is marketed or sold under a common servicemark. One example of a brand of products is the Coca-Cola brand of beverages. Another example of a brand of products is the iPod brand of consumer electronics. Yet another example of a brand of services is the Jiffy Lube brand of oil change services. Yet another example of a brand of services is the H&R Block brand of tax preparation services.

[0024] Referring to FIGS. 2A-2B, an embodiment of the present invention is shown in which a brand 1a is accessible at multiple brand access sites 2a-b. Each of brand access sites 2a-b may be, for example, a real property location (e.g., a structure having an address) such as a store, shop, market, office, restaurant, service station, movie theater, event venue, etc. In addition, each of brand access sites 2 may be an alternative type of location, such as a free-standing vending machine, kiosk, mobile sales unit, or other location where products or services of brand 1a may be accessed (e.g., purchased), irrespective of whether or not the location is associated with a real property address.

[0025] As an example, if brand 1a is associated with Coke-branded beverage products (comprised of such beverages as regular Coke, Diet Coke, Cherry Coke, etc.), such products may be accessed (e.g., purchased) at thousands of brand access sites, including but not limited to stores, markets, restaurants, vending machines, event venues, etc. Brand access site 2 locations where products or services of brand 1a are accessible may remain stable (i.e., fixed in number), or may change over time, with a change in inventory levels or distribution, for example. For example, Product "Y" may be sold in 1,000 brand access sites today, and due to large demand, may only be available for purchase in 900 brand access sites tomorrow (meaning, for example, that 100 of the brand access sites have stocked out). As another example, Product "Z" may be sold in 100 brand access sites today, and 200 brand access sites a year from today.

[0026] Referring to FIG. 1A, a device 10 according to one embodiment of the invention is shown. The device 10 has a display 20, an input means 30, and an application launch means 11.

[0027] Device 10 may, for example, be a mobile phone, a wireless communications device, a personal digital assistant (PDA), computer, laptop computer, other computing device, global positioning system (GPS) unit, or other navigation device. In general, device 10 may be any system or device that enables a user 80 to input a selection of a brand (by means of selection of a brand identifying image) and view a map image indicating a device location and showing the location(s) where products or services of the selected brand are accessible. The example device 10 shown in FIG. 1A is multifunctional, including functions that relate to communication, personal organization, etc.

[0028] In one embodiment, display 20 is an electronic display (output means) of a type commonly found on mobile phones or similar small portable computing or communication devices. In another embodiment, display 20 is an electronic monitor or screen of the type commonly found on laptop computers. In other embodiments, display 20 may be

any element or mechanism that communicates information to user **80**. Display **20** may be small or large, active or passive, high resolution or low resolution, color or monochrome, and may generally employ any type of display technology. Display **20** may be any of a wide range of dimensions, from a small size that is usable on a small mobile phone, to a size that is more commonly found on a laptop computer, and larger. For example, display **20** may be a 5 centimeter high by 5 centimeter wide touch-screen display that serves as both a display **20** and input means **30**. An example of an integrated display **20** and input means **30** is shown in FIG. 1A.

[0029] In one embodiment, input means **30** is a touch-sensitive display that enables user **80** to view information on display **20**, and then to select an element of the information that is presented by touching the screen with a finger or other pointing or touching means. In such an embodiment, input means **30** and display **20** may be integrated into a single device. In another embodiment, input means **30** is a mechanical keypad. In other embodiments, input means **30** may be any other mechanism that enables user **80** to communicate information to the device **10**. Other input means **30** may be mechanical or electronic, and may involve physical or other interactive processes between user **80** and the input means **30**. For example, voice commands and thought commands are two possible alternative ways of communicating with input means **30**.

[0030] In one embodiment, application launch means **11** is a virtual or physical button that starts, launches, or brings into view an embodiment of the invention on device **10**. Other launch means are possible, and one possible embodiment excludes application launch means **11** altogether. FIG. 1A shows an icon as one possible embodiment of application launch means **11**.

[0031] In one embodiment, as shown in FIG. 1B, display **20** may show an arrangement of one or more brand identifying images **21**, such as an arrangement or one or more logos. In the particular embodiment shown in FIG. 1B, brand identifying images **21** are arranged in two categories, with brand identifying images **21a-d** being shown as "favorites," and brand identifying images **21e-h** being shown as "popular". Each brand identifying image, **21a** for example, is a graphic such as a logo, picture, illustration, photograph, or any other image that identifies a particular brand. For example, brand identifying image **21a** is an image of a logo for Apple Inc. and may represent one or more Apple brands such as Apple computers, iPod music players, iTV systems, and more (as an alternative that is not shown, an image of an iPod may be used to identify the iPod brand of products). As another example, brand identifying image **21b** is an image of a logo for Starbucks Corporation and may represent Starbucks coffee and other Starbucks products or services, for example.

[0032] In an embodiment of the invention, brand identifying images **21** are searchable. In another embodiment of the invention, brand identifying images **21** are sortable. In yet another embodiment of the invention, brand identifying images **21** are arrangeable on display **20** in other ways. In yet another embodiment of the invention, brand identifying images **21** may be either static or dynamic (i.e., a dynamic image is one that changes or moves, or that can be made to change or move).

[0033] In one embodiment, as shown in FIG. 1C, display **20** shows a map image **25** that includes one or more brand access site associated images **22**.

[0034] In general, map image **25** is a visual depiction or representation of a geographic area, physical area, or space, that is rendered on display **20**. In one embodiment, as shown in FIG. 1C, map image **25** shows a graphic that includes street-level detail. Map image **25** may be rendered in color or monochrome. Map image **25** may be labeled or unlabeled. Map image **25** may be static or moving (i.e., a moving map image **25** is one that is updated to generally correspond with the movement of device **10**). In other embodiments, map image **25** may be scalable (e.g., zoom in, zoom out), shiftable (e.g., re-centerable left or right, up or down), or rotatable (e.g., re-orientable about a point).

[0035] Map image **25** may, for example be two-dimensional or three-dimensional. Map image **25** may, for example, represent an area or space using a photograph or photorealistic image, or using a stylized representation (such as commonly used on a street map or road atlas). Map image **25** may or may not be drawn to scale. Map image **25** may include combinations of various features just described. For example, map image **25** may include a superimposition of a stylized representation over a photorealistic representation, such as lines and street names superimposed on photorealistic images of streets.

[0036] Preferentially, map **25** image shows a geographic area that is generally accessible to user **80** (i.e., a local area). Such area may be optimally scaled for device **10** according to the movement characteristics (e.g., speed, direction) of device **10**. For example, if device **10** is being moved at a slow pace (by a person who is walking with device **10**, for example), then device **10** may provide a map image **25** showing a relatively small geographic area that is accessible by foot. In another example, if device **10** is being moved at a fast pace (by a person who is driving with device **10**, for example), then device **10** may provide a map image **25** showing a larger geographic area that is accessible by car. For example, one possible map image **25** may show an area of 100 city blocks. In another example, map image **25** may show an area of a square kilometer or other region. Other map image **25** areas are possible. In yet another example, map area **25** may show the interior of a retail store.

[0037] In one embodiment, an example of which is shown in FIG. 1C, map image **25** includes one or more brand access site associated images **22**. For example, map image **25** shown in FIG. 1C shows two brand access site associated images **22a-b**, each of which is presented as a small dot (circle) that is superimposed onto (included as an element of) map image **25**. Each of the brand access site associated images **22** represents the location of a unique one of the brand access sites **2**. As previously described, brand access site **2a** is a first location at which products and/or services of brand **1a** are generally available for purchase, and brand access site **2b** is a second location at which products and/or services of brand **1a** are generally available for purchase.

[0038] In one embodiment, brand access site associated images **22a-b** represent particular brand access sites **2a-b**. Brand access site associated image **22a** may, for example, be an image of a logo (such image of a logo may be significantly smaller than brand identifying image **21a**, for example) identifying the corresponding brand **1a**. In another embodiment, brand access site associated image **22a** is an image of a product having the corresponding brand **1a**, such as an illustration or photo (such image may be relatively small so as not to adversely affect the usability of map image **25**, for example). In yet another embodiment, brand access site-as-

4

sociated image 22*a* is a shape, such as a small circle (dot), as shown in FIG. 1C as brand access site associated images 22*a-b*. In the case where multiple brand access site 2 locations are represented on map image 25 by multiple brand access site associated images 22, each of the brand access site associated images 22 may be unique, or each group of related brand access site associated images that are affiliated with the same brand may be the same or similar image—and different from brand access site associated images that are associated with other brands, for example. For example, two different ones of the brand access site associated images 22 may be presented as two different colors of dots on map image 25. Furthermore, brand access site associated images 22 may include other information or indicate other characteristics. For example, brand access site associated images 22 may indicate the availability (either generally, or specifically by means of indicating a number of available units, for example) of products/services of brand 1*a* that are available for purchase at the particular brand access sites 2*a-b* represented by the particular brand access site associated images 22*a-b*. In another example, brand access site associated image 22*a* may indicate whether brand access site 2*a* is open or closed for business at the time of display of the brand access site associated image 22*a* on map image 25.

[0039]   In summary, an embodiment of the invention has a device 10, display means 20, and input means 30. Display means 20 and input means 30 may be incorporated into a single element, such as a touch-screen display. Display 20 may present one or more brand identifying images 21, each of which is associated with a corresponding brand. Furthermore, display 20 may present map image 25 that shows one or more brand access site associated images 22*a-b*, which are associated with brand access sites 2*a-b*, respectively.

[0040]   In one embodiment, represented in FIG. 2A, the invention is shown in a first state. The term "first state" is defined as a state of the device 10 prior to or during communication of a brand identifying image 21 selection from device 10 to processor 50.

[0041]   In one such embodiment, as shown in FIG. 2A, device 10 includes display 20, input means 30, and location means 40. Display 20 is shown having two brand identifying images 21*a-b*. In this embodiment, brand identifying image 21*a* is associated with a first brand 1*a*, and brand identifying image 21*b* is associated with a second brand 1*b*.

[0042]   A user 80 provides user input 81 to device 10 by means of input means 30. User input 81 may be an indication of a selection of a particular brand identifying image that is of interest to user 80. For example, assume that user 80 indicates a selection of a particular brand identifying image 21*a* in order to view a map image 25 showing the location of brand access sites 2 associated with the particular brand 1*a* that is of interest to user 80. Subsequent to the communication by user 80 of user input 81 to input means 30 of device 10, device 10 (either directly or indirectly, possibly using any of a wide variety of means) communicates user input data 31 (information about user 80's selection of the brand identifying image 21*a*) to processor 50. In one embodiment, the communication of information about user 80's selection of the particular brand identifying image 21*a* from device 10 to processor 50 is performed wirelessly.

[0043]   In one embodiment, location means 40 is any mechanism, process, or means that enables identification of device 10's location. For purposes of the invention, device 10's location is intended to be reasonably specific, such as

may be determined by a GPS unit, other satellite-enabled location identification system, or other location-identifying means. Identification of location of device 10 is performed independently of location-specifying information provided by user 80 to device 10. For example, device 10's location may be determined without any input of an address, zip code, etc. by user 80. In one embodiment, location means 40 is physically integrated as an element of device 10, such as an integrated GPS (or similar type of) unit. In another embodiment, location means 40 is physically separate from device 10, such as identification of device 10 location based on triangulation by a remote system that includes one or more radio (e.g., cell phone) antennas, for example. A RFID system that is associated with a RFID-enabled environment is another example of a possible device 10 location means 40. In one embodiment, once location means 40 determines device 10's location, information about device 10's location—device location data 41—is communicated (directly or indirectly, possibly using any of a wide variety of means) to processor 50. In one embodiment, the communication of device location data 41 from location means 40 to processor 50 is performed wirelessly. In another embodiment of the invention, device location data 41 is communicated from location means 40 to another element of a system of the invention.

[0044]   In one embodiment, as shown in FIG. 2A, processor 50 is a means that uses user input data 31 and device location data 41 in order to process this (and possibly other) data. In one embodiment, processor 50 is physically integrated into device 10. In another embodiment, processor 50 is physically separate from device 10. For example, processor 50 may exist in a fixed location. In the case that processor 50 is physically integrated into device 10, input means 30 and location means 40 may communicate user input data 31 and device location data 41, respectively, to processor 50 using direct physical connection (e.g., wires), for example. In the case that processor 50 is physically separate from device 10, device 10 and location means 40 may communicate user input data 31 and device location data 41, respectively, to processor 50 using wireless means, for example.

[0045]   In one embodiment, processor 50 receives user input data 31 that provides information about a selection of brand identifying image 21*a* by user 80, and device location data 41 that provides information about a device 10 location. Processor 50 may be, for example, a computer or other electronic device, or system of connected computers or electronic devices, capable of processing the relevant information. Processor 50 processes the inputs to generate a query 61 to a brand access site data repository 60 which may be incorporated as an element of processor 50, or separate from processor 50. Brand access site data repository 60 may be a database or any other means (or multiple databases or other means) that contains information about brand access sites 2 and other brand access sites (not shown). Such information may include for each of the brands 1*a-b* (and for other brands, not shown) or brand identifying images 21*a-h*, an address, geographic coordinates, or other location specifying information for brand access sites relating to the particular brand or brand identifying image, for example. Following query 61 of brand access site data repository 60, brand access site data repository responds and communicates data 62 for processor 50, such data 62 comprising information about brand access sites 2 that are associated with the specified brand 1*a* or brand identifying image 21*a*. Such data 62 enables the rendering of

5

map image 25 that includes brand site associated images 22. In one embodiment, brand access site data repository 60 is located in a single location (i.e., a central database). In another embodiment, brand access site data repository 60 is distributed, or located in multiple locations (i.e., information on pages that are available on multiple Internet sites). In yet another embodiment, brand access site data repository is an element of device 10, such as a database of brand access site 2 data that is stored in a memory of device 10. Any brand access site data repository 60 containing brand access site 2 information may be updatable.

[0046] In one embodiment, brand access site data repository 60 may be informed relative to actual inventory or availability (e.g., number of units of a product that are available, starting time or times of a movie showing or other event) of products or services of the brand 1a at each of the particular brand access sites 2. For example, if products or services of the selected brand 1a are not available at brand access site 2a, then particular brand access site 2a may not be communicated to processor 50 (or, alternatively, may be communicated but not shown on map image 25 as brand access site associated image 22a). In another embodiment, brand access site data repository 60 is informed relative to actual inventory or availability of products or services of brand 1a at brand access site 2a, and inventory or availability details are communicated by brand access site data repository 60 to enable device 10 display 20 to display map image 25 having brand access site associated images 22 that indicate, for example, the number of available units of a product or service of brand 1a that is being sought by user 80. Alternatively, in another embodiment, movie starting time(s) may be indicated. Such a feature would be particularly helpful for some products that are poorly stocked or only available at certain times, or in the instance when user 80 is seeking to purchase a relatively large number of units of a product of brand 1a, for example. In conjunction with such a feature, the device 10 may enable user 80 to indicate the number of units the user 80 is seeking to access (or similar parameter), in response to which the map image 25 may only include brand access site associated images corresponding to brand access sites at which at least the number of units specified by the user 80 are accessible (or at which another parameter is observed). The information contained in brand access site data repository 60 may be provided, in turn, by other systems, including but not limited to store inventory systems, RFID-enabled systems, event or movie show time listings, and any other means of determining, tracking or recording the availability of products or services.

[0047] In one embodiment, processor 50 incorporates a map image data source. In the embodiment shown in FIGS. 2A and 2B, for example, the map image data source is an element of processor 50. In another embodiment, a map image data source may be separate from processor 50 and may be queried or otherwise accessed by processor 50 in order to access map image data. In such an embodiment, processor 50 may communicate information to the map image data source which may, in turn, communicate map image data back to processor 50 for (possibly) further processing and communication to device 10 to enable the rendering of map image 25 on display 20. Alternatively, processor 50 may communicate information to a map image data source which may, in turn, communicate map image data including brand access site data directly to device 10 to enable the rendering of map image 25 on display 20. Other embodi-

ments of accessing, processing and communicating map image data are possible, and envisioned and consistent with embodiments of systems and methods of the invention. While there are multiple possible map image data sources available, one example is the Google Maps Application Programming Interface (API) provided by Google, Inc.

[0048] In one embodiment, represented in FIG. 2B, the invention is shown in a second state. The term "second state" is defined as a state of the device 10 after display of a first (initial) map image 25 on device 10 display 20.

[0049] In one embodiment, map rendering data 51 is communicated from processor 50 to device 10, as shown in FIG. 2B. In other embodiments, map rendering data 51 may be provided to device 10 from other sources or elements of an embodiment of a system of the invention.

[0050] FIG. 2B shows many of the same elements as shown in FIG. 1A, however FIG. 2B differs since it represents an embodiment of the device 10 in a second state, including showing device display 20 that now includes map image 25.

[0051] Map image 25 includes one or more brand access site associated images 22 (although, in one embodiment, no brand access sites associated images 22 would be displayed on map image 25 if no brand access sites exist within the geographic area indicated by the particular map image 25, for example). Brand access site associated image 22a represents a location on map image 25 of a first brand access site 2a. Brand access site associated image 22b represents a location on map image 25 of a second brand access site 2b. In FIG. 1C, each of the two brand access site associated images 22a-b is presented as a small dot (circle) on map image 25. Such shape may be colored if display 20 is a color display. Map image 25 includes brand access site associated images 22 that are viewable by user 80 to facilitate user 80 identification of brand access sites 2 where products or services of a particular brand 1a of interest to user 80 may be accessed (e.g., purchased).

[0052] The second state may be modified ("modified second state") to reflect a new or changed location of device 10 (and presumably the new or changed location of user 80 who is using device 10). For example, map image 25 may be re-rendered to reflect a new or changed location of device 10. For example, if device 10 is traveling with user 80 in a moving car, then a second state may be changed to a modified second state, either automatically (e.g., continuously, frequently, periodically), or by prompting (e.g., user input, setting, directive), to show a re-rendered map image 25 that is, for example re-centered to reflect a new location of device 10, and that shows a new set (as appropriate) of brand access site associated images—meaning those images for brand access sites (if any) that are within the area described by the re-rendered map image 25. A modified second state can be repeatedly realized at various intervals to show an updated ("moving") map image 25 that is relevant to user 80 of device 10 according to current device 10 location and device location data 41.

[0053] The device 10 may be returned to the first state, such as by reinitializing the device 10, or in response to input from the user 80 indicating a desire to identifying brand access sites for another brand. As a result, the method 100 of FIG. 3 may be performed multiple times using the same device 10 to identify and display locations of brand access sites for different brands.

[0054] Embodiments of the invention may also allow map image 25 to be modified in other ways. For example, user 80 may use input means 30 to change map image 25 scale to provide various levels of detail (i.e., zoom in or out). Also, for

6

example, user **80** may use input means **30** to change map image **25** centering (i.e., to scroll or shift the image in a desired direction). Also, for example, user **80** may change map image **25** orientation of (i.e., rotation), possibly to adjust for the orientation of display **20** when device **10** is being used. In addition, brand access site associated images **22** shown on map image **25** may be manipulable, or may be selectable by user **80** using input means **30**.

[0055] In the case that an embodiment of the invention further provides a means for user **80** to select one or more brand access site associated images **22** on map image **25**, such selection may, for example, provide user **80** with a menu or list of further functions. For example, user **80** may select one of the brand access site associated images **22** to, for example: initiate a phone call to the selected brand access site, prompt (a person associated with) the selected brand access site to contact user **80** on device **10**, place an order for products or services of the selected brand **1***a*, determine inventory of products having the selected brand **1***a*, check the hours of operation or availability of the selected brand access site, make certain brand access site associated images **22** a default feature on all map images **25** displayed to user **80**, denote a particular one of the brand access sites **2** as a favorite, default, etc. While such a subsequent action or actions may be facilitated by a menu or list, embodiments of the invention may also be configured to enable user **80** to access a particular action by a single click on a button (or other form of input). For example, in one embodiment, user **80** may enable a phone call using device **10** by using input means **30** to simply select one of the (i.e., click on) brand access site associated images **22** on map image **25**. Other embodiments may include other map image **25** enabled functions.

[0056] FIG. **3** shows a flowchart of a method **100** according to an embodiment of the invention. The method **100** is initiated or launched (step **102**). This step may be facilitated, for example, by using a button or virtual button represented by application launch means **11** shown FIG. **1A**.

[0057] Next, display means **20** displays a first brand identifying image, an example of which is the brand identifying image **21***a* shown in FIG. **1B** (step **104***a*). Optionally, display means **20** may concurrently show a second brand identifying image, an example of which is the brand identifying image **21***b* shown in FIG. **1B** (step **104***b*). Display means **20** may present even more brand identifying images (possibly resembling brand identifying images **21***c-h* shown in FIG. **1B**, for example). Brand identifying images **21** may be shown or presented in a single set or in subsets, and may be searchable, sortable, arrangeable, scrollable, etc.

[0058] Next, method **100** receives user input **81** from user **80** specifying a selection of a particular brand identifying image that is associated with a particular brand of interest to user **80** (i.e., a brand that user **80** desires to locate by means of map image **25**) (step **106**). Assume for purposes of example in the following discussion that user **80** selects brand identifying image **21***a* to indicate that user **80** is interested in brand **1***a*.

[0059] The method **100** applies user input **81** to identify brand access sites **2** for the particular brand **1***a* of interest to user **80** (step **108**). This step may be performed by processor **50** whereby processor **50** generates a query **61** to brand access site data repository **60**, in response to which brand access site data repository **60** replies with location-identifying information about brand access sites **2** for the particular brand **1***a* of interest to user **80**. Brand access site data repository **60** may be, for example, a single database, multiple databases, a web-

site or website page, multiple websites or website pages, or other Internet-accessible source of information, user-generated data, or other means that may be queried by processor **50** and which provides the relevant information. Furthermore, query **51** to brand access site data repository **60** may be general or specific, meaning that it could seek to identify all brand access sites for the selected brand **1***a* (and then use only those that are relevant to the geographic area being presented on a current map image **25**), or it could query the brand access site data repository **60** in a manner that enables it to secure a relevant subset of data.

[0060] Another step may occur before, concurrent with, or after step **108** (step **110**). In step **110**, method **100** identifies a location of device **10** independent of location-specifying user input. As used herein, "independent of location-specifying user input" means that the method **100** does not rely on user **80** to input location-specifying information such as an address, zip code, phone number, etc. Rather, location of device **10** is identified by the method **100**, either by means that may be physically incorporated as an element of device **10**, such as a built-in GPS unit or similar technology, or that are remotely or externally incorporated as an element of a system implemented according to an embodiment of the invention, such as by a system that uses triangulation, direction-finding, signal strength, a RFID system, or other means to determine location of device **10** independently of location-specifying user input.

[0061] Next, method **100** processes device **10** location (by applying device location data **41**) and brand access site information (by applying data **62**) to enable map image **25** rendering (step **112**). In one embodiment, map image **25** rendering is supported by information supplied by a map image data source. Map image **25** rendering information is then communicated to enable device display **20** to render map image **25** showing a geographic area overlapping with a location of device **10** and which includes brand access site associated image(s) **22** which represent brand access site(s) **2** for the brand **1***a* indicated to be of interest to user **80** by user **80** in step **106** (step **116**). If there are no brand access sites within the geographic area shown by map image **25**, then no brand access site associated images will be indicated on map image **25**.

[0062] Next, device **10** displays map image **25** to user **80** on display **20** (step **116**). Map image **25** shows a geographic area overlapping with a location of device **10** (and presumably user **80** who is using device **10**) and which includes brand access site associated image(s) **22** which represent brand access site(s) **2** for the brand **1***a* indicated to be of interest to user **80** by user **80** in step **106**. If there are no brand access sites within the geographic area shown by map image **25**, then no brand access site associated images will be indicated on map image **25**.

[0063] In one embodiment, map image **25** may be modified. For example, user **80** may use input means **30** to change map image **25** scale to provide various levels of detail (i.e., zoom in or out). Also, for example, user **80** may use input means **30** to change map image **25** centering (i.e., to scroll or shift the image in a desired direction). Also, for example, user **80** may change map image **25** orientation of (i.e., rotation), possibly to adjust for the orientation of display **20** when device **10** is being used. In addition, brand access site associated images **22** shown on map image **25** may be manipulable, or may be selectable by user **80** using input means **30**.

7

[0064] The map image 25 may display brand access site associated images which are associated with brands not selected by the user 80 in step 106. For example, if the user 80 has previously selected one or more brands as "favorite" brands, the device 10 may include, in the map image 25, brand access site associated images associated with the user-indicated favorite brand(s) (if any such sites are within the area represented by the map image 25). The map image 25 may include such representations of "favorite" brand access sites in addition to images (if any) associated with brand access sites corresponding to the brand selected by the user 80 in step 106. Similarly, the device 10 may include, in the map image 25, brand access site associated images associated with brands previously stored as "default" brands. As a result, the map image 25 may include brand access site associated images associated with multiple brands even if the user 80 selects only a single brand in step 106. Similarly, the map image 25 may include brand access site associated images associated with one or more brands even if the user 80 does not select any brands in step 106. The user 80 may, for example, quickly obtain a view of brand access sites associated with favorite and/or default brands that are currently in the vicinity of the device 10 by providing no input in step 106. The device 10 may facilitate this process by, for example, allowing the user 80 to bypass step 106 using a keypress or by issuing a "display favorites" or "display defaults" command which displays a map image illustrating brand access sites for favorite and/or default brands in the vicinity of the device 10 without requiring any further input from the user 80.

[0065] These are merely examples of ways in which the device 10 may display brand access sites to the user 80 for brands not previously selected by the user 80. Another example in which a similar result is achieved is that in which an advertisement system, such as a push advertisement system, displays brand access site associated images in the map image 25 for brands not previously selected by the user 80. Such images may, however, be selected based on a determination of which brand(s) the user 80 is likely to find of interest. Such a determination may be made, for example, based on demographic data, previous activity of the user 80, or any of a variety of other techniques.

[0066] In the case that an embodiment of the invention further provides a means for user 80 to select one or more brand access site associated images 22 on map image 25, such selection may, for example, provide user 80 with a menu or list of further functions. If, for example, user 80 selects brand access site associated image 22a, such selection may enable the user 80 to, for example: initiate a phone call to the brand access site 2a, have a person associated with the brand access site 2a contact user 80 on device 10, place an order for products or services of the selected brand 1a, determine inventory of products or services of the selected brand 1a, check the hours of operation or availability of the selected brand access site 2a, make brand access site associated images 22 a default feature on all map images 25 displayed to user 80, denote the brand access site 2a as a favorite, etc. While such a subsequent action or actions may be facilitated by a menu or list, embodiments of the invention may also be configured to enable user 80 to access a particular action by a single click on a button (or other form of input). For example, in one embodiment, user 80 may enable a phone call using device 10 by using input means 30 to simply select (i.e., click

on) brand access site associated image 22 on map image 25. Other embodiments may include other map image 25 enabled functions.

[0067] In one embodiment of the invention, a single action or manipulation of device 10 input means 30 by user 80 (e.g., selection of a brand identifying image 21), or the receipt of a single input by device 10 (e.g., method 100 step 106), results in the display of map image 25 showing any brand access sites 2 for the brand 1a associated with the brand identifying image 22 that was selected by user 80.

[0068] In one possible sample use case, the presentation of which is intended as an example of a use of embodiments of the invention and shall not limit the scope of the invention in any way, user 80 of a device that is similar to device 10 shown in FIG. 1A views on display similar to display 20 shown in FIG. 1B an arrangement of ten images similar to brand identifying images 21a-f shown in FIG. 1B, each of which represents one of ten different brands. For example, three images represent brands that are beverages, two of the images represent fast-food products, and five of the images represent consumer durable goods. User 80 may manipulate the images. For example, using device 10 input means 30, user 80 may scroll through, or sort the images. One of the beverage brands, a particular soda, is of interest to user 80. User 80 uses device 10 input means 30 to select the image that identifies the particular brand (soda) of interest. Following this input indicating a selection of an image by user 80, user 80 is then presented with a map image, similar to map image 25 shown in FIG. 1C, that is centered about the current location of device 10 (and user 80 who is using device 10). The map image in this example also includes three images showing where the soda product can be purchased, these images being similar to brand access site associated images 22 shown in FIG. 1C. The images are representative of locations (e.g., stores, vending machines, etc.) that are located nearby the user 80, and where user 80 may purchase the brand of soda of interest. User 80 uses the information to walk to a nearby location to buy a soda.

[0069] In this sample use case, it is notable that the user arranges (e.g., scrolls through) and selects an image that identifies a specific brand. It is also notable that the user does not enter (e.g., input) any location-specifying information into the device; the system automatically determines a location of the device (and presumably the user who is using the device) independent of location-specifying input provided by the user to the device. Furthermore, it is notable that the system provides information to the user about the location of places where the product may be accessed (e.g., purchased).

[0070] Among the advantages of embodiments of the invention are one or more of the following. Embodiments of the present invention advantageously enable a user to use a device to select a brand-identifying image, and in response to see a (possibly moving and/or updated) map of a region where the device/user is located and which indicates (such as by using icons) locations at which the user-selected brand. Such embodiments thereby enable the user to see where products or services of a brand (i.e., products or services of a particular brand) of interest to the user may be available for purchase, with minimal effort from the user. For example, in one embodiment the user may cause the device to display such a map simply by selecting (e.g., clicking on) the brand-identifying image (e.g., image of a logo). In response to this single action, the device and/or other components of the system may automatically identify both the location of the device (such as

8

by using GPS) and locations in the vicinity of the device at which products/services of the user-selected brand may be accessed (such as by accessing a database of brand access sites). In particular, in such embodiments, the user need not provide input specifying the user/device's current location (such as by typing in an address or zip code).

[0071] Furthermore, these techniques enable the user to enter a selection of a brand, but not a location of the user, and to be presented with a map showing the location(s) of brand access sites. As a result, the amount of effort required on behalf of the user is reduced in comparison to systems which require the user to input explicit location-identifying information, or which require a user to guess as to where products or services of a particular brand might be located.

[0072] The techniques disclosed herein also enable brand manufacturers (and other parties) to promote their brands using brand identifying images first and foremost on a user interface. Embodiments of the invention enable brand-centric marketing. Such techniques therefore represent an improvement over systems which are purely text-based or which otherwise do not prominently display brand-identifying images to the user proactively, or which do not enable display of brand identifying images in such a controllable manner. For example, the logos **21***a*-*h* in FIG. **1**B may be displayed to the user repeatedly over time even if the user never selects any of the logos **21***a*-*h*. As a result, the display shown in FIG. **1**B would promote the brands associated with logos **21***a*-*h* regardless of the user's actions. Other embodiments of the invention may enable intelligent presentation of brand-identifying images, such as logos, to users.

[0073] The techniques disclosed herein further enable a user interested in attending a movie showing (e.g., Star Wars Episode 1) or attending another event (e.g., Cirque-du-Soleil Quidam) to select an image of the movie or other event, and to be presented with a map showing the locations where the movie or other event may be viewed. Furthermore, the user may be enabled to view information about the particular movie or other event, or the user may be enabled to select or narrow a timeframe to see a subset of locations where the movie or other event may be viewed or experienced at particular times. A movie showing or other event is a branded entity when it is accessible (e.g., available for viewing) at multiple locations, i.e., a motion picture showing at multiple venues represents a collection of related products or services having a distinctive identity.

[0074] The techniques disclosed herein may also be used to enable a shopper in an interior retail environment to select an image that is representative of a particular brand, and to be shown the in-store (aisle or shelf) location of the particular brand on a map that shows a representation of the interior of the retail environment.

[0075] It is to be understood that although the invention has been described above in terms of particular embodiments, the foregoing embodiments are provided as illustrative only, and do not limit or define the scope of the invention. Various other embodiments, including but not limited to the following, are also within the scope of the claims. For example, elements and components described herein may be further divided into additional components or joined together to form fewer components for performing the same functions.

[0076] Although certain embodiments disclosed herein are used in conjunction with mobile devices, this is not a requirement of the present invention. Rather, the techniques disclosed herein may be used in conjunction with devices that are fixed (such as desktop computers). Furthermore, although certain embodiments disclosed herein are used in conjunction with handheld devices, this is not a requirement of the present invention. Rather, the techniques disclosed herein may be used in conjunction with devices of any size, such as laptop and desktop computers.

[0077] Although certain embodiments are described herein as being used in conjunction with a wireless network connection, this is not a requirement of the present invention. Rather, the techniques disclosed herein may be used in conjunction with network communications that occur wirelessly or over wires, or more generally over any communications medium. Furthermore, the techniques disclosed herein may be used in conjunction with any appropriate network protocol.

[0078] Although components of certain embodiments disclosed herein are described as communicating with each other over a network, the particular examples disclosed herein are not limitations of the present invention. For example, the location of the device may be identified by a component within the device itself or by a component external to the device which communicates with the device or with another element of the invention. Similarly, the locations of brand access sites may be identified by a component within the device itself or by a component external to the device which communicates with the device. This may involve a database or data repository.

[0079] The user may select one or more brands in any of a variety of ways. For example, as illustrated in FIG. **1**B, the device may present the user with output representing a plurality of brands **1**, such as a plurality of logos that are affiliated with brands **1**. Such output may, however, take other forms. For example, the device may provide the user with images of representative examples of branded entities rather than logos. Furthermore, the device need not provide the user with a set of simultaneously-displayed brand identifying images. For example, the device may allow the user to step through images one at a time until the desired image is found, or to utilize functions that enable searching, sorting, or other arrangement of the images.

[0080] The techniques described above may be implemented, for example, in hardware, software, firmware, or any combination thereof. The techniques described above may be implemented in one or more computer programs executing on a programmable computer including a processor, a storage medium readable by the processor (including, for example, volatile and non-volatile memory and/or storage elements), at least one input device, and at least one output device. Program code may be applied to input entered using the input device to perform the functions described and to generate output. The output may be provided to one or more output devices.

[0081] Each computer program within the scope of the claims below may be implemented in any programming language, such as assembly language, machine language, a high-level procedural programming language, or an object-oriented programming language. The programming language may, for example, be a compiled or interpreted programming language.

[0082] Each such computer program may be implemented in a computer program product tangibly embodied in a machine-readable storage device for execution by a computer processor. Method steps of the invention may be performed by a computer processor executing a program tangibly embodied on a computer-readable medium to perform functions of the invention by operating on input and generating

9

output. Suitable processors include, by way of example, both general and special purpose microprocessors. Generally, the processor receives instructions and data from a read-only memory and/or a random access memory, for example. Storage devices suitable for tangibly embodying computer program instructions include, for example, all forms of non-volatile memory, such as semiconductor memory devices, including EPROM, EEPROM, and flash memory devices; magnetic disks such as internal hard disks and removable disks; magneto-optical disks; and CD-ROMs. Any of the foregoing may be supplemented by, or incorporated in, specially-designed ASICs (application-specific integrated circuits) or FPGAs (Field-Programmable Gate Arrays). A computer can generally also receive programs and data from a storage medium such as an internal disk (not shown) or a removable disk. These elements will also be found in a conventional desktop or workstation computer as well as other computers suitable for executing computer programs implementing the methods described herein, which may be used in conjunction with any digital print engine or marking engine, display monitor, or other raster output device capable of producing color or gray scale pixels on paper, film, display screen, or other output medium.

What is claimed is:

1. A method comprising:
   (A) displaying, using a device, a first image associated with a first brand;
   (B) receiving, from a user of the device, an indication of a selection by the user of the first image;
   (C) identifying a first location of the device independently of any location-specifying input provided by the user to the device;
   (D) identifying a first brand access site at which a first branded entity having the first brand is accessible; and
   (E) providing to the user, using the device, a first map image which describes a first geographic area derived from the first location of the device and which includes a first indication of the first brand access site.

2. The method of claim **1**, wherein (A) comprises displaying a plurality of images associated with a plurality of brands;
   wherein (B) comprises receiving, from the user of the device, an indication of a selection by the user of a particular one of the plurality of images associated with the first brand; and
   wherein (E) comprises providing to the user a first map image which describes a first geographic area derived from the first location of the device and which indicates a first physical location of a first brand purchase site at which the first branded entity may be purchased.

3. The method of claim **1**, wherein (E) comprises providing to the user a first map which describes a first geographic area overlapping with the first location of the device and which indicates a plurality of brand access site associated images representing a plurality of brand access sites at which the first branded entity is accessible.

4. The method of claim **1**, wherein (E) comprises:
   (E)(1) identifying a plurality of brand access sites, each of which is associated with at least the first brand;
   (E)(2) identifying a subset of the plurality of brand access sites, wherein each member of the subset is associated with the first brand; and
   (E)(3) providing to the user a first map image which includes, for each brand access site that is a member of the subset, an indication of a brand access site.

5. The method of claim **1**, wherein the first image comprises a logo associated with the first brand.

6. The method of claim **1**, wherein the first brand access site comprises a retail store.

7. The method of claim **1**, wherein the first indication of the first brand access site comprises a second image associated with the first brand, located at a position in the first map image corresponding to the first brand access site.

8. The method of claim **7**, wherein the second image comprises a logo associated with the first brand.

9. The method of claim **1**, wherein (C) comprises identifying the first device location using a Global Positioning System.

10. The method of claim **1**, wherein (C) comprises identifying the first device location using a RFID system.

11. The method of claim **1**, further comprising:
    (F) receiving, from the user, input selecting the first brand access site; and
    (G) performing a method based on the input.

12. The method of claim **1**, further comprising:
    (E) identifying a second device location independently of any location-specifying input provided by the user to the device; and
    (F) in response to identifying the second device location, providing to the user, using the device, a second map which describes a second geographic area overlapping with a location in proximity to the second device location and which includes a second indication of a second brand access site at which the first brand is accessible.

13. A system comprising:
    display means for using a device to display a first image associated with a first brand;
    reception means for receiving, from a user of the device, an indication of a selection by the user of the first image;
    device location means for identifying a first location of the device independently of any location-specifying input provided by the user to the device;
    first brand access site location means for identifying a first brand access site at which a first branded entity having the first brand is accessible; and
    map image provision means for providing to the user, using the device, a first map image which describes a first geographic area derived from the first location of the device and which includes a first indication of the first brand access site.

14. The system of claim **13**, wherein the display means comprises means for displaying a plurality of images associated with a plurality of brands;
    wherein the reception means comprises means for receiving, from the user of the device, an indication of a selection by the user of a particular one of the plurality of images associated with the first brand; and
    wherein the map image provision means comprises means for providing to the user a first map image which describes a first geographic area derived from the first location of the device and which indicates a first physical location of a first brand purchase site at which the first branded entity may be purchased.

15. The system of claim **13**, wherein the map image provision means comprises:
    means for identifying a plurality of brand access sites, each of which is associated with at least the first brand;

US 2010/0302027 A1                                                                    Dec. 2, 2010

10

means for identifying a subset of the plurality of brand access sites, wherein each member of the subset is associated with the first brand; and

means for providing to the user a first map image which includes, for each brand access site that is a member of the subset, an indication of a brand access site.

**16**. The system of claim **13**, wherein the first image comprises a logo associated with the first brand.

**17**. A device comprising:

display means for displaying a first image associated with a first brand;

reception means for receiving, from a user of the device, an indication of a selection by the user of the first image;

device location means for identifying a first location of the device independently of any location-specifying input provided by the user to the device;

map image provision means for providing to the user, using the device, a first map image which describes a first geographic area derived from the first location of the device and which includes a first indication of a first brand access site at which a first branded entity having the first brand is accessible.

**18**. The device of claim **17**, wherein the display means comprises means for displaying a plurality of images associated with a plurality of brands;

wherein the reception means comprises means for receiving, from the user of the device, an indication of a selection by the user of a particular one of the plurality of images associated with the first brand; and

wherein the map image provision means comprises means for providing to the user a first map which describes a first geographic area derived from the first location of the device and which indicates a first physical location of a first brand purchase site at which the first branded entity may be purchased.

**19**. The device of claim **17**, wherein the map image provision means comprises:

means for identifying a plurality of brand access sites, each of which is associated with at least the first brand;

means for identifying a subset of the plurality of brand access sites, wherein each member of the subset is associated with the first brand; and

means for providing to the user a first map image which includes, for each brand access site that is a member of the subset, an indication of a brand access site.

**20**. The device of claim **17**, wherein the first image comprises a logo associated with the first brand.

\*    \*    \*    \*    \*