**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CASCADES BRANDING INNOVATION LLC, <br><br> Plaintiff, <br> v. <br><br> WALGREEN CO., BEST BUY CO., INC., EXXON MOBIL CORPORATION, TARGET CORPORATION, and LIMITED BRANDS, INC., <br><br> Defendants. | Civil Action No. 11-CV-2519 <br><br> Judge Harry D. Leinenweber |

**CASCADES BRANDING'S MOTION TO DISQUALIFY
BEST BUY'S NON-LOCAL ATTORNEYS, ROBINS, KAPLAN, MILLER, & CIRESI**

Cascades Branding moves to disqualify Best Buy's non-local counsel on the grounds that ABA Rule 1.9 does not permit counsel to represent Best Buy in this action against Cascades Branding because of a "former client" conflict of interest. In support of its motion, Cascades has also contemporaneously filed a memorandum of points and authorities in support of its motion, which memorandum it incorporates herein by reference.

WHEREFORE, for the reasons stated in the accompanying brief, Cascades respectfully requests that Robins, Kaplan, Miller & Ciresi be disqualified from representing Best Buy and for whatever relief that this Court deems just and appropriate.

Dated: October 28, 2011

Respectfully submitted,

/s/ Michael R. La Porte
Robert P. Greenspoon (6229357)
rpg@fg-law.com
Michael R. La Porte (6237510)
mrl@fg-law.com
Flachsbart & Greenspoon, LLC
333 N. Michigan Ave., 27th Floor
Chicago, IL 60601
T: 312-551-9500
F: 312-551-9501

**CERTIFICATE OF SERVICE**

      The undersigned attorney of record certifies that service of the foregoing document has been made on October 28, 2011, via the Court's CM/ECF system based on its electronic filing, under Local Rule 5.5(a)(3) and General Order 09-014 Section X.E. In this manner, service has been made on all attorneys of record.

/s/ Michael R. La Porte
Michael R. La Porte