**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CASCADES BRANDING INNOVATION LLC, <br><br> Plaintiff, <br><br> v. <br><br> WALGREEN CO., BEST BUY CO., INC., EXXON MOBIL CORPORATION, TARGET CORPORATION, and LIMITED BRANDS, INC., <br><br> Defendants. | Civil Action No. 11-CV-2519 <br><br> Judge Harry D. Leinenweber |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF BEST BUY CO., INC.**

Plaintiff Cascades Branding Innovation LLC ("Cascades") and Best Buy Co., Inc. ("Best Buy") hereby stipulate to the dismissal of Best Buy from this action, including all claims by Cascades against Best Buy, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Cascades and Best Buy shall each bear their own costs, expenses, and attorneys' fees.

This dismissal shall only operate as to Best Buy. Therefore, Target Corporation remains the sole defendant.

Dated: June 6, 2012

Respectfully submitted,

/s/ Robert P. Greenspoon
Robert P. Greenspoon (6229357)
rpg@fg-law.com
Michael R. La Porte (6237510)
mrl@fg-law.com
**Flachsbart & Greenspoon LLC**
333 N. Michigan Ave., 27th Floor
Chicago, IL 60601-3901
Phone: (312) 551-9500
Fax: (312) 551-9501

*Attorneys for Plaintiff Cascades Branding Innovations LLC*

/s/ Edward W. Gleason
Edward W. Gleason
egleason@skgsmlaw.com
**Senak Keegan Gleason Smith & Michaud, Ltd.**
621 South Plymouth Court
Suite 100
Chicago, Illinois 60605
Phone: (312) 214-1400
Fax: (312) 214-1401

*Attorney for Defendant Best Buy Co., Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned attorney of record certifies that service of the foregoing document has been made on June 6, 2012, via the Court's CM/ECF system based on its electronic filing, under Local Rule 5.5(a)(3) and General Order 09-014 Section X.E. In this manner, service has been made on all attorneys of record.

                                            /s/ Robert P. Greenspoon
                                              Robert P. Greenspoon