**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CASCADES BRANDING INNOVATION LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 11-CV-2519 |
| WALGREEN CO., BEST BUY CO., INC., EXXON MOBIL CORPORATION, TARGET CORPORATION, and LIMITED BRANDS, INC., | Judge Harry D. Leinenweber |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Cascades Branding Innovation, LLC and Defendant Target Corporation through their respective attorneys, that the above captioned case shall be dismissed, as to Target Corporation with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney's fees. There are no remaining defendants in this action, and the case may now be closed.

Dated: August 20, 2012                Respectfully submitted,

/s/ Robert P. Greenspoon
Robert P. Greenspoon (6229357)
rpg@fg-law.com
Michael R. La Porte (6237510)
mrl@fg-law.com
**Flachsbart & Greenspoon LLC**
333 N. Michigan Ave., 27th Floor
Chicago, IL 60601-3901
Phone: (312) 551-9500
Fax: (312) 551-9501


Dated: August 20, 2012                /s/ Ann Cathcart Chaplin

Ann Cathcart Chaplin (Admitted *pro hac vice*)
cathcartchaplin@fr.com
David A. Gerasimow (Admitted *pro hac vice*)
gerasimow@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Ruffin B. Cordell
cordell@fr.com
FISH & RICHARDSON P.C.
1425 K Street, N.W., Suite 1100
Washington, D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Roger A. Lewis
GOLDBERG KOHN LTD.
55 East Monroe, Suite 3300
Chicago, Illinois 60603
Telephone: (312) 201-3908
Facsimile: (312) 863-7408

Attorneys for Defendant
TARGET CORPORATION

## **CERTIFICATE OF SERVICE**

The undersigned attorney of record certifies that service of the foregoing document has been made on August 20, 2012, via the Court's CM/ECF system based on its electronic filing, under Local Rule 5.5(a)(3) and General Order 09-014 Section X.E. In this manner, service has been made on all attorneys of record.

                                         /s/ Robert P. Greenspoon
                                         Robert P. Greenspoon